UNITED STATES DISTRICT COURT DISTRICT OF ARIZONA

## Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

| | |
|---|---|
| **Plaintiff**(s):  **Federal Trade Commission , ;** | **Defendant**(s): Air Ai Technologies, Inc. , ; Apex Holdings Group LLC , ; Apex Scaling LLC , ; Apex 4 Kids LLC , ; New Life Capital LLC , ; Onyx Capital LLC , ; Caleb Matthew Maddix , ; Ryan Paul O'Donnell , ; Thomas Matthew Lancer , ; |
| County of Residence: Outside the State of Arizona | County of Residence: Outside the State of Arizona |
| County Where Claim For Relief Arose: Maricopa | |
| Plaintiff's Atty(s): **Rebecca Plett ,** 600 Pennsylvania Ave., NW Washington, DC  20580 202-326-3664  **Lauren Rivard ,** 600 Pennsylvania Ave., NW Washington, DC  20580 202-326-2450 | Defendant's Atty(s): , , |

**IFP REQUESTED**

**REMOVAL FROM COUNTY, CASE #**

| | |
|---|---|
| II. Basis of Jurisdiction: | 1. U.S. Government Plaintiff |
| III. Citizenship of Principal Parties**(Diversity Cases Only)** | |
| Plaintiff:- | N/A |
| Defendant:- | N/A |
| IV. Origin : | 1. Original Proceeding |
| V. Nature of Suit: | 890 Other Statutory Actions |
| VI.Cause of Action: | STATUTES: 15 U.S.C. Sec. 53(b) and 57b; 15 U.S.C. Sec.6105; STATEMENT: Violation of 15 U.S.C. Sec. 45(a), the FTC's Telemarketing Sales Rule, 16 C.F.R. Part 310, and FTC's Disclosure and Prohibitions Concerning Business Opportunities, 16 C.F.R., Part 437 |
| VII. Requested in Complaint | |
| Class Action: | No |
| Dollar Demand: | |
| Jury Demand: | No |
| VIII. This case **is not related** to another case. | |

**Signature:** Rebecca Plett
     **Date:** 8/25/25

If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.

Revised: 01/2014