Rebecca Plett (VA Bar No. 90988, NC Bar No. 63273)
Lauren Rivard (NY Reg. No. 5308192)
Federal Trade Commission
600 Pennsylvania Ave., NW, Mailstop CC-6316
Washington, DC 20580
(202) 326-3664 / rplett@ftc.gov
(202) 326-2450 / lrivard@ftc.gov

Attorneys for Plaintiff
Federal Trade Commission

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Federal Trade Commission,<br><br>    Plaintiff,<br><br>    v.<br><br>Air Ai Technologies, Inc., et al.,<br><br>    Defendants. | No.<br><br>**PLAINTIFF'S NOTICED MOTION FOR A TEMPORARY RESTRAINING ORDER AND OTHER EQUITABLE RELIEF AND FOR AN ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE** |

    Plaintiff, Federal Trade Commission, hereby moves for a temporary restraining order, other equitable relief including limited expedited discovery and turnover of business records, and an order to show cause as to why a preliminary injunction should not issue, for the reasons set forth in the accompanying Memorandum in support of this motion.

Dated: August 25, 2025

Respectfully submitted,

/s/ Rebecca Plett

Rebecca Plett (VA Bar No. 90988, NC Bar No. 63273)
Lauren Rivard (NY Reg. No. 5308192)
Federal Trade Commission
600 Pennsylvania Ave., NW,
Mailstop CC-6316
Washington, DC 20580
Plett: (202) 326-3664 / rplett@ftc.gov
Rivard: (202) 326-2450 / lrivard@ftc.gov

**Attorneys for Plaintiff**
**Federal Trade Commission**