1   Rebecca Plett (VA Bar No. 90988, NC Bar No. 63273)
    Lauren Rivard (NY Reg. No. 5308192)
2   Federal Trade Commission
    600 Pennsylvania Ave., NW, Mailstop CC-6316
3   Washington, DC 20580
    (202) 326-3664 / rplett@ftc.gov
4   (202) 326-2450 / lrivard@ftc.gov

5   Attorneys for Plaintiff
    Federal Trade Commission

6

7                   IN THE UNITED STATES DISTRICT COURT

8                       FOR THE DISTRICT OF ARIZONA

9

10  | Federal Trade Commission, | No. |
    | Plaintiff, | |
11  | | **PLAINTIFF'S EXHIBITS IN** |
    | v. | **SUPPORT OF PLAINTIFF'S** |
12  | | **NOTICED MOTION FOR A** |
    | Air Ai Technologies, Inc., et al., | **TEMPROARY RESTRAINING** |
13  | | **ORDER AND OTHER EQUITABLE** |
    | Defendants. | **RELIEF AND FOR AN ORDER TO** |
14  | | **SHOW CAUSE WHY A** |
    | | **PRELIMINARY INJUNCTION** |
15  | | **SHOULD NOT ISSUE** |
16  | | **VOLUME 1** |

17                        **TABLE OF EXHIBITS**

18                              **Volume 1**

19  Declaration of Erez Ahituv……………………………………………………...PX01

20  Declaration of Lauren Cotner…………………………………………………...PX02

21                              **Volume 2**

22  Declaration of Kyle Crosby…………………………………………………......PX03

23  Declaration of Michael Crowder………………………………………………..PX04

24                              **Volume 3**

25  Declaration of Holly Gavel……………………………………………………...PX05

26  Declaration of Laura Kamrath…………………………………………………..PX06

27  Declaration of Dylan Orms……………………………………………………...PX07

28  Declaration of Scott Patterson…………………………………………………..PX08

1

**Volume 4**

2    Declaration of Armin Saberzadeh (Part 1)…………………………………………PX09

3

**Volume 5**

4    Declaration of Armin Saberzadeh (Part 2)…..…………………………………….PX09

5    Declaration of Anthony Vitale…………………………………………………..PX10

6    Declaration of Suzette West……………………………………………………..PX11

7

**Volume 6**

8    Declaration of Charlene Zielin………………………………………………….PX12

9    Declaration of Tyler Broome…………………………………………………….PX13

10   Air AI LLC Corporate Documents…..…………………………………………PX14

11   APEX 4 KIDS LLC Corporate Documents……………………………………PX15

12   Apex Holdings Group LLC Corporate Documents…………………………….PX16

13   New Life Capital LLC Corporate Documents………………………………….PX17

14   Onyx Capital LLC Corporate Documents…………………………………….PX18

15   Onyx Experiences, LLC Corporate Documents……………………………….PX19

16   Apex Scaling LLC Corporate Documents…………………………………….PX20

17   *Healthy Home 365, LLC v. Air AT Tech., Inc.* Second Order to Show Cause………..PX21

18   Air AI Privacy Policy………………………………………………………….PX22

19

**Volume 7**

20   Air AI Terms of Use…………………………………………………………..PX23

21   Air AI Refund Policy………………………………………………………….PX24

22   Undercover Text Messages re Pre-Call Video………………………………...…PX25

23   Wells Fargo Bank Account Opening Documents, Acct. No. X2596 ..……………...PX26

24   Air AI Pre-Call Video Transcript……………………………………………….PX27

25   Air AI Pre-Call Video Screenshots (Part 1)…..………………………………...PX28

26

**Volume 8**

27   Air AI Pre-Call Video Screenshots (Part 2)…………………………………….PX28

28

2

**Volume 9**

Air AI Pre-Call Video Screenshots (Part 3)……………………….……………..PX28

**Volume 10**

Air AI Sign Up Form Screenshots…………………………………………….....PX29

Feb. 16, 2024 Undercover Phone Call Transcript……………………………….PX30

Feb. 19, 2024 Undercover Phone Call Transcript……………………………….PX31

D. Rawlings Email re: Air AI Price List……………………………………….....PX32

Air Agency License Agreement……..……………………………………………PX33

February 2024 Undercover Text Messages………………………………………..PX34

Nov. 20, 2024 Undercover Phone Call Transcript………………………………..PX35

Air VIP Agreement……………………………………………………………….....PX36

Thomas Lancer Air AI Vimeo Video Transcripts…………………………………PX37

**Volume 11**

Air.ai Trustpilot Reviews……………………………………………………………PX38

Airfraud.com Website Capture………………………………………………………PX39

Stop Air.AI Petition Website Capture………………………………………………...PX40

*Alchemy Partners Holdings, LLC v. Air AI Tech., Inc.* Complaint……………….....…PX41

*Alchemy Partners Holdings, LLC v. Air AI Tech., Inc.* Default Judgment………….....PX42

*Amedistaf, LLC v. Air AI, LLC* Complaint…………………………………………..PX43

**Volume 12**

*Healthy Home 365, LLC v. Air AI Tech., Inc.* Complaint………………..………...PX44

*Insta Funding, LLC v. Apex Holdings Grp. LLC* Complaint…………………………PX45

**Volume 13**

*Liquidibee 1 LLC v. Apex Holdings Grp. LLC d/b/a Scale 13…..…..* Complaint………...PX46

*Meged Funding Grp. Corp. v. Apex Holdings Grp. LLC* Complaint………………....PX47

*Meged Funding Grp. Corp. v. Apex Holdings Grp. LLC* Judgment…...……………..PX48

*New Vista Capital, LLC v. Apex Holdings Grp. LLC* Complaint……..……………...PX49

*New Vista Capital, LLC v. Apex Holdings Grp. LLC* Judgment……...…………….PX50

1

**Volume 14**

2    *Schwartz v. Air AI, LLC* Complaint……….…………………………………….PX51

3    *Schwartz v. Air AI, LLC* Composite Answers……………….…………………....PX52

4    *Schwartz v. Air AI, LLC* Docket……………………………………………...PX53

5    *Wieselman v. Air AI Tech., Inc.* Complaint…………………………………...PX54

6    *Wieselman v. Air AI Tech., Inc.* Judgment……………………………………PX55

7    Joseph "Joey" Western Consumer Sentinel Report………..……………………PX56

8    JP Morgan Chase Bank Account Opening Documents, Acct. X5612……………..PX57

9    JP Morgan Chase Bank Account Opening Documents, Acct. X8370……………..PX58

10   JP Morgan Chase Bank Account Opening Documents, Acct. X8579……………..PX59

11

**Volume 15**

12   JP Morgan Chase Bank Account Opening Documents, Acct. X8757……………..PX60

13   JP Morgan Chase Bank Account Opening Documents, Acct. X9296……………..PX61

14   Wells Fargo Bank Account Opening Documents, Acct. No. X0461……...………...PX62

15   Declaration of Reeve Tyndall…………………………………………………...PX63

16

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFF'S
EXHIBIT

1

## DECLARATION OF EREZ AHITUV
## PURSUANT TO 28 U.S.C. § 1746

I, Erez Ahituv, hereby state that I have personal knowledge of the facts set forth below. If called as a witness, I could and would testify as follows:

1.      I am over the age of 18 and live in Miami Beach, Florida.

2.      I am a small business owner and run an online marketing business.

3.      In or around late March or early April of 2024, I started seeing online ads from companies that were selling an AI voice agent that could answer and place phone calls for you. I had meetings with a few of these companies that showed me really impressive live demos of how well the AI agent worked. Some of the companies I talked to let me know that they were using the Air AI platform as their system.

4.      I was curious and started looking into Air AI. Around the same time, I started seeing Air AI ads on my social media. The ads were for a VIP Air AI program that would allow me to use Air AI for my own business and also resell it to others. I was interested, so I clicked on an ad and provided my contact information.

5.      Shortly after that, Air AI scheduled a call with me to go over their product. Before the call, they asked me to watch a video about their product. I believe the video also talked about how the Air AI offer was a one-time offer and a special deal.

6.      The phone call after I watched the video was with an Air AI representative called Tim White. Tim talked to me about the things that Air AI would be able to do for me. He told me that I could use Air AI for inbound and outbound calls, including outbound business-to-business cold calls. He explained that with the Air AI VIP Program, I would have a reseller account where I could sell Air AI to others and help them get set up with the Air AI agents. I would also get residual income from any calls my customers placed using Air AI, earning a set amount per minute.

7.      The residual income sounded great. It would mean passive income based on people using Air AI that I sold to them. Some companies, like law offices, might have very long calls, which would translate into a lot of extra income. I wouldn't even have to charge the companies a fee to set up because of the residual income potential.

8.      I also figured that once learned how to set up my own Air AI agent and got some experience with it, I might be able to set up a coaching or training program to help others implement AI agents into their business to take on the role of the traditional call center and solve the issues of making appointments and expanding their customer base.

9.      Tim also told me that with the VIP program, I would have access to a Slack channel with eight dedicated tech representatives at Air AI who could troubleshoot with me any time to make sure everything was working well. Slack was the messaging platform the company used to communicate. That was a really important benefit to me.

10.      Looking back, Tim's sales strategy felt very manipulative. I've been in sales for 15 years, and I still got taken in by the pitch. For example, Tim made it sound like Air AI only wanted people to sign up who really believed in the program, and that they didn't want anyone who was skeptical. That made me think it was more likely to work out.

11.      Tim also told me that I would get a money back guarantee so I could get my money back after one year if I wasn't happy with the program. I asked him what would happen if the company went under, and he just laughed and said that would never happen.

12.      It sounded like Air AI was on the forefront of innovation, so I agreed to move forward with purchasing the Air AI VIP program. I signed a contract with them on May 2, 2024. A true and correct copy of the contract is attached as Attachment A.[1]

13.      The cost for me was $22,800. I paid for the program using my credit card. The charge on my credit card bill showed the company name "Apex Holdings."

14. Once I signed up for Air AI and started working with it, I realized that there were a lot of issues with the software for placing outbound business-to-business calls. The AI agent was not good at dealing with automated systems or company gatekeepers. Really, the only way the system would work well would be if you had contact information for a business owner directly.

15. The system also had issues with scheduling appointments. For example, at one point, when offering a time for a call, the system would list dozens and dozens of appointment times. That made it very clear that it was an AI agent calling, not a real person, which would defeat the purpose of using the AI agent in the first place. The whole point of Air AI had been that it would

---

[1] Contact information has been redacted from this attachment for privacy reasons.

*Declaration of Erez Ahituv*

**FTC-000002**

book appointments for me, so that was frustrating. It felt like Air AI had lied to me about what their program was capable of doing.

16.     The AI agent was also not good at taking down customer email addresses, which would make it harder to schedule appointments.

17.     I tried to troubleshoot these issues with Air AI, but the promised support was almost nonexistent. Even though I had been told I would have eight tech representatives in my Slack channel, it turned out that only one of the people in my channel was actually a tech representative who could help with my very technical issues. Responses to my questions and issues were very slow, often taking a day or more to even get a response, and often more time to resolve any issues.

18. I ended up switching to a live call transfer, where the AI placed the call, but I was the one interacting with customers. That was not how I had planned to use the system when I signed up, but the support was not good enough to work out the kinks in order to do anything else.

19.     At one point, when I complained to them about how much time it was taking me to get set up and how little support I was getting from Air AI, they suggested that I hire someone cheap to help me with the integration. That felt like a slap in the face, since I had paid them a lot of money for the VIP Program to fulfill that function.

20.     At the same time, I was trying to build an Air AI agent for a customer. The customer had over 100 leads in their inbox and wanted to use Air AI to schedule appointments, but the Air AI system was not able to handle the task.

21.     As I was working on my Air AI agent, I would have to run test calls. I would get charged money for each of my test calls. But sometimes the test calls were not completed, and the AI agent wouldn't pick up. I was still charged for those calls and had to ask for a refund. I even asked them to put some kind of status in their system if the AI agent was down, since that could cause big problems for a business.

22.     At other times, I tried running test calls and they didn't go well because most businesses have automated menus and systems that the AI agent couldn't handle. I asked for help on how to make Air AI work for business-to-business calls.

23.     I kept trying to get technical support from Air AI for the problems I was having, but responses took forever. It was nothing like the eight dedicated tech representatives I had been promised. In fact, at one point it seemed that there was only one tech support person, Tyler

*Declaration of Erez Ahituv*

FTC-000003

Richards, who could actually help me with anything. He told me that he was the only support engineer on staff and "got pulled off on other tasks pretty frequently."

24.     Around the end of July, I started realizing that the system wasn't going to work. I asked Air AI for my money back, but Kiara Smith, someone else at Air AI, let me know that my contract had a one-year term.

25.     Because my refund guarantee required me to stick it out for a year, but Air AI was not delivering on what it promised, I decided to try to dispute the charge with my credit card company in July. But while I was out of town, the credit card company closed its investigation into my claim.

26.     After that I decided to try again to make the system work again, since I wasn't getting my money back. When I logged back in, the entire Air AI system was down and nothing was functioning. I had also gotten kicked out of the Slack channel.

27.     The Slack channel was the primary way that I could communicate with Air AI, but I did still have some email contacts for people at Air AI, including Tim White. I started emailing people to ask them what was going on and to request a refund, since the system was completely down. I did eventually get added back to the Slack channel.

28.     In the Slack channel, around October of 2024, Air AI representatives were promising that they were coming up with Version 3 of Air AI and that it was coming soon. They said the new version was going to make Air AI work for me. But I haven't seen anything like a new version.

29.     I kept asking for my money back, but Air AI told me they don't have the money to process refunds right now.

30.     I would not have moved forward with the VIP Program without the refund guarantee, or if I had known what the tech support was actually going to be like.

31.     I'm really glad I didn't resell the Air AI program to lots of people. If I had, and the system had broken down the way it did, all fingers would have pointed at me. Who knows what nightmares would have ensued after that. It would have destroyed my professional reputation.

32.     The fact that the service has been offline for months without a refund is appalling.

*Declaration of Erez Ahituv*

FTC-000004

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 2024.

Erez Ahituv

*Declaration of Erez Ahituv*

**FTC-000005**



# Air VIP Agreement

THIS AIR VIP AGREEMENT ("Agreement") is made as of 05/01/2024_____ (the "Effective Date") by and between Air AI Technologies Inc ("Air AI"), a Delaware Corporation. 3500 South DuPont Highway Dover, Delaware 19901, and Erez Ahituv_____ with its principal place of business at hipeDIGITAL_____ ("The Client").

NOTICE TO THE CLIENT: DO NOT ACCEPT THIS AGREEMENT BEFORE YOU READ IT. BY ACCESSING AIR VIP, YOU ACKNOWLEDGE: YOU HAVE READ THIS AGREEMENT, YOU UNDERSTAND IT, AND YOU ACCEPT AND AGREE TO BE BOUND BY ITS TERMS. PLEASE KEEP A COPY OF THIS AGREEMENT FOR YOUR RECORDS. IF YOU HAVE ANY QUESTIONS OR CONCERNS, PLEASE CONTACT AIR AI BEFORE ACCEPTING THIS AGREEMENT.

1. **PRICING & SCOPE OF THE "AIR VIP" SERVICES:** The Client agrees to pay an annual amount of $22,800, an equivalent of $1,900 a month, for these services. In return, The Client will receive the following services and benefits for a period of one (1) year from the effective date of this Agreement:

    a.   The Client shall receive a discount of 20% on their total "talk time" spend on the Air AI platform.

    b.   The Client will be provided with a unique "referral link" by Air AI. For each new user who signs up for the Air AI platform using The Client's referral link, and who has not previously opted into Air AI's existing pages, The Client will receive a commission equal to 20% of the "talk time" spend generated by the referred user.

    c.   Referral compensation will be calculated and distributed on a monthly basis with net 30-day terms. (ex: August 1 to August 31  revenue share would be calculated and distributed by September 30).

    d.   The Client and The Client's referred customers will receive priority support from Air AI.

    e.   Air AI will build one Air AI agent for The Client at no additional cost. The Client is entitled to three Air AI Agent revisions within 30 days of the initial Air AI agent build, subject to reasonable scope and complexity as determined by Air AI. Air AI reserves the right to charge additional fees for revisions that exceed this scope, at its sole discretion.

    f.   From time to time, at the sole discretion of Air AI, The Client and The Client's referred customers may be granted early access to "beta test" new features on the Air AI platform. The Client acknowledges and agrees that not all new features released by Air AI will be made available for early access, and that Air AI reserves the right to determine which features will be offered to The Client as "early access."

    g.   The Client will receive some exclusive GHL snapshots, automation walkthroughs and templated integrations.  However, Air AI will not cover the costs of anything on the GHL platform.

    h.   The Client will receive templated roadmap & "how to" for connections to The Client CRM's

    i.   The Client will receive the "Air AI Certification," a hands-on training program that teaches tactics useful for implementing Air AI for The Client and The Client's referred customers.

    j.   The Client will receive video training materials that teach useful strategies and best practices for

pricing, packaging, and positioning conversational AI as a service, regardless of if The Client intends to offer such services.

k.  Air AI will deliver to The Client a set of pre-made resources, including product demos, sales funnel templates, marketing automations, Air AI scripts, and AI agents. These resources are designed to assist The Client in driving referrals to their designated Air AI referral link. However, Air AI will not cover the costs of any of the softwares necessary to use these resources.

l.  The Client will be granted access to "AirU," Air AI's proprietary client acquisition system. This system, which has been sold many times before at a price of $30,000, will be provided to The Client at no additional cost.

m.  The Client will be granted access to Air AI's 'Advertising Academy' video series as an additional benefit of this agreement. The video series is designed to provide The Client with valuable insights and strategies related to effective advertising practices.

n.  Air AI grants The Client the right to refer potential VIP clients to Air AI. If a referred client purchases Air VIP, The Client will receive a one-time commission equal to 20% of the referred client's initial payment for Air VIP. The Client acknowledges and agrees that this commission is strictly limited to the referred client's first payment for Air VIP and does not extend to any subsequent payments made by the referred client for Air VIP, the referred client's spend on the Air platform through their own referral perk associated with their Air VIP membership. The Client further acknowledges and agrees that Air AI reserves the right to revoke The Client's ability to refer potential VIP clients at any time, for any reason, and without prior notice to The Client. In the event that Air AI revokes The Client's referral rights for Air VIP, The Client will not be entitled to any commissions for Air VIP referrals made after the date of revocation. However, The Client will still maintain the ability to refer users to the Air platform in general and receive commissions on their "talk time" spend, as outlined in the "referral link" clause of this agreement.

o.  Air AI will, if of interest to The Client, allow The Client to "white-label" Air's technology. For clarity, "white-labeling" Air's technology does not entail Air AI providing a version of the Air web app where The Client can replace the Air logo with their own. Instead, it means that if The Client chooses to use the aforementioned Air APIs to build their own web app, they are not obligated to disclose that it is powered by Air AI. Additionally, if The Client wishes to offer a service or product to their customers, where The Client's customers never directly use the Air web app, but in some way interacts with the Air technology, The Client is not required to mention that they are utilizing Air technology or that they are an Air VIP member. The Client acknowledges that Air AI is not obligated to assist The Client in creating a "white-label" solution or to make any modifications to the existing Air Technology, Air Web App, Air Platform, or future product roadmap to accommodate the creation or improvement of The Client's potential or existing "white-label" offering.

p.  The Client and The Client's referred customers will still be required to pay for running Air AI campaigns, although The Client will be able to run campaigns at the aforementioned discount and will receive the aforementioned referral fee. The Client and The Client's referred customers understand that telephony fees are billed separately, and they will not receive a discount or referral commission on telephony fees. The current public telephony fees of Air AI's current telephony provider, Twilio, can be found at https://www.twilio.com/pricing. Other telephony providers may be used in the future, and in this case, these telephony's will also be billed separately at the rate of their publicly listed prices and will not warrant a discount or referral commission.

2. **AGREEMENT GUARANTEE, ACTIVATION, RENEWAL & TERMINATION TERMS:**

a. Air's Guarantee: Air VIP comes with a no questions asked Customer Satisfaction Guarantee. If the Client is dissatisfied with the performance of their agent, or for any other reason, they are entitled to a full refund of the amount paid. The Client can choose to refund at the end of the agreement period, which is 1 year from the date of this agreement being activated. To request a refund, Client simply needs to provide notice in writing to either concierge@air.ai or in their slack channel, before the end of the 1 year period. By the Client providing notice in writing, the refund will automatically be processed at the end of the 1 year agreement period. Upon refunding, Clients agent and account will be fully removed from the Air platform, including all associated benefits.

b. Activation: This agreement shall be activated and come into effect upon the date of the first payment made by The Client for Air VIP. The obligations and benefits outlined in this agreement for both Air AI and The Client shall not commence until the first payment is received by Air AI. The initial term of this agreement shall be one year, starting from the date of the first payment.

c. Automatic Renewal: This agreement shall have an initial term of one year, commencing on the date of the first payment for Air VIP. Upon the expiration of the initial term, this agreement shall automatically renew for successive one-year terms, with each renewal term expiring on the anniversary of the signing date. Air AI will automatically charge The Client for each renewal term, subject to the same pricing and payment terms outlined in this agreement, unless otherwise notified by Air AI. Air AI reserves the right to change pricing for the services provided before the commencement of the next renewal term. In the event of a pricing change, Air AI will not automatically charge The Client but will rather give them written notice, and The Client can decide if they would like to renew Air VIP.

d. Cancellation by The Client: If The Client wishes to cancel this agreement, they must provide written notice at least thirty (30) days prior to the expiration of the current term. In the event of cancellation, The Client will lose all existing benefits associated with the services provided and will not be entitled to any refund unless a refund is requested. The Client acknowledges that failure to provide written notice will result in the automatic renewal of this agreement and the associated charges.

e. Non-Renewal by Air AI: Air AI has the right to not renew the contract at will, without cause. In this case, The Client will cease to receive the benefits of Air VIP and will not be entitled to any refund for any money they have ever spent with Air AI.

f. At-Will Termination by Air AI: Air AI reserves the right to terminate this contract at any time during the active term, for any reason and at its sole discretion. If the termination is not due to a breach of any provision in this contract (including but not limited to the provisions regarding non-competition, non-solicitation, non-disparagement, etc.), a violation of Air AI's terms of use, or any "illegal activity" (including, but not limited to, scams, fraudulent activities, or non-compliance with FCC, FTC, GDPR, CCPA, COPPA, HIPAA etc.) by The Client through the use of the Air AI technology or The Client's Air VIP access, all of The Client's privileges granted under this Agreement will be immediately revoked, and Air AI will refund The Client's last annual payment. This termination will take effect 72 hours after written notice from Air AI. In the event of this "At-Will Termination by Air AI", the only benefit for The Client that will survive the termination of this agreement is the referral commission. In this event, The Client will continue to receive referral commissions for their previously attributed referred customers for 1 year post-termination but will not be able to generate any new referred customers immediately upon termination

g. Termination for Cause by Air AI: If Air AI terminates the contract during the active term due to a

breach of any provision in this contract (including but not limited to the provisions regarding non-competition, non-solicitation, non-disparagement, etc.), a violation of Air AI's terms of use, or any "illegal activity" (including, but not limited to, scams, fraudulent activities, or non-compliance with regulations as set forth by or required by regulatory bodies or acts such as FCC, FTC, GDPR, TCPA, CCPA, COPPA, HIPAA, etc.) by The Client through the use of the Air AI technology or The Client's Air VIP access, all of The Client's privileges granted under this Agreement will be immediately revoked, and no refund will be provided for any money The Client has spent with Air AI. This termination will take effect immediately upon written notice from Air AI. To avoid confusion, in the event of this "Termination for Cause by Air AI", along with all other benefits, all referral commissions will cease to be paid out to The Client.

h.  Post Termination Obligation: In all cases of breach, The Client shall immediately cease all representations of affiliation with Air AI. The Client agrees not to represent itself as being associated with Air AI in any capacity, or to use any trademarks, service marks, trade names, or logos associated with Air AI. The Client shall immediately also cease all future business activities related to Air AI. The Client shall also promptly return or destroy, at Air AI's discretion, all confidential information, materials, and any other property belonging to Air AI. This obligation shall survive the termination or expiration of this Agreement and shall be binding upon The Client & its successors.

i.  Compliance & Terms Of Use:

   i.  The Client acknowledges that they must remain compliant with all applicable laws, regulations, and Air AI's of use throughout the duration of this agreement. "Illegal activity" will not be performed by The Client in any way, shape, or form using the Air AI technology, Air VIP services, or any of the benefits that are issued under this agreement. Failure to do so may result in immediate termination of the contract without refund.

   ii. The Client acknowledges that they have read, understand, and are aware of Air AI's terms of use. The Client agrees comply with and stay up to date on the latest changes to Air AI's terms of use, which can be found at this link: https://chat.air.ai/terms-of-use

3. **GOVERNING LAW, JURISDICTION AND VENUE.** This Agreement shall be construed in accordance with and governed by the laws of the State of Delaware.

4. **NON-ASSIGNMENT & NON-SUBCONTRACTING:** The Client shall not assign, transfer, delegate, or subcontract any of its rights or obligations under this Agreement without the prior written consent of Air AI. Any purported assignment, transfer, delegation, or subcontracting in violation of this provision shall be null and void. No assignment or delegation shall relieve The Client of any of its obligations hereunder.

5. **ENTIRE AGREEMENT:** This Agreement constitutes the entire & complete understanding and agreement between the parties with respect to its subject matter and supersedes all prior or contemporaneous agreements, representations, warranties, and understandings of the parties, whether oral or written. The Client acknowledges that no promises or agreements outside of this Agreement have been established.

IN WITNESS WHEREOF, The Client below executes this Licensing Agreement between them and Air AI:

FTC-000009

**Air AI Technologies Inc**

Name: Caleb Maddix

Title: CEO

Date: 04/29/2024

Signature: *Caleb Maddix*

**CLIENT**

Name Erez Ahituv

Email ███████████

Phone +███████

Entity (optional) hipeDIGITAL INC

Date 05/01/2024

Signature *Erez Ahituv*

PLAINTIFF'S
EXHIBIT

**2**

DECLARATION OF LAUREN COTNER

PURSUANT TO 28 U.S.C. § 1746

I, Lauren Cotner, have personal knowledge of the facts stated below. If called as a witness, I could and would testify as follows:

1.      I am over the age of 18 and live in Los Angeles County, California. Prior to my involvement with Air AI I worked as a licensed real estate agent for twenty-six years. Now, I work as a financial professional.

2.      In the spring of 2023, I was considering taking my decades of real estate experience and creating a coaching service for others in the field. In July 2023 I was scrolling through Instagram when I came across an ad for the Scale 13 program. The ad said something to the effect of "do you have an idea for a coaching business? We can help!" It seemed like fate. I clicked the link included in the ad and provided my contact information, including my phone number, so I could get more information.

3.      Shortly after submitting my contact information I got a call from someone from Scale 13 who I believe was named Tony. I don't remember exactly what he said, but I do recall him asking questions about my real estate coaching idea. He was very enthusiastic about my proposed business and told me that it was perfect for Scale 13. He said that he would help me schedule an appointment with someone who could tell me more about the program.

4.      On July 17, 2023, I received an email from a Scale 13 "Executive Consultant" named Joshua Vlach, confirming a phone call with me for the evening of July 19, 2023. A true and correct copy of the July 19, 2023 email is attached as Attachment A.

5.      Prior to the scheduled July 19, 2023 phone call I received an email containing a link to a pre-call video. The email said that I would be charged $100 if I failed to click the link and watch the video, although I couldn't quite figure out how they would charge me when they didn't have any of my financial information at the time.

6.      I didn't have time to watch the video right away, which seems to have triggered a bunch of follow-up messages reminding me that I needed to do so. When I did watch the video, I saw that it was a very energetic sales pitch. It said that the Scale 13 program was on the leading edge of marketing and technology and would transform my life if I followed the steps as instructed. The video made it seem like I couldn't fail as long as I followed the program.

7.      Around this time, I did some research on the company. I came to the understanding that Scale 13 had a parent company named Air AI.  I Googled the Air AI founder, Caleb Maddix.  He was very young, but I found articles in online magazines like *Medium* showing him in photos with famous people, like the self-help guru Tony Robbins.  This gave me confidence in the company.

8.      On July 19, 2023, Mr. Vlach called from Scale 13 to follow up with me.  Over the next two days, I had phone calls with two Scale 13 and/or Air AI employees including Mr. Vlach and Austin Higgins.  I don't have a clear memory of which man made each specific statement, but I do know that one or both of them told me the following during those phone calls:

   a.  My real estate coaching business was a very high-end concept and that the employee thought I could sell for $9,800 per subscriber.  He said that I would only have to sell 10 memberships a month to bring in $198,000 per month.  That was a mind-boggling amount of money to me, but the way he phrased it made it all seem so doable.

   b.  When I told the employee very frankly that I didn't know what I was doing – this was my very first time trying anything like this and I would need a lot of assistance – he assured me that I would have one-on-one support the whole way through, which gave me confidence.  I felt that he, and the larger company, cared about and believed in my business idea and were invested in helping me to succeed.

   c.  Over and over again I was told that if Scale 13 did not work for me, I would get my money back.  This was very important to me and made me feel protected.  I would not have bought into the program without this money back guarantee.

9.      On or around July 19, 2023, I discussed pricing and financing with Mr. Higgins. He told me that pricing for the Scale 13 coaching program and accompanying products – together, called an Air AI Access Card – started at $15,000.  I told him that it was a lot of money for me, and that I would need to take out a loan.  He said that I could split up my payments between credit cards and that Air AI could get me financing for whatever I couldn't cover through the Midas program, which he presented as the company's AI loan-finder.  According to Mr. Higgins, Midas would take my information and find me the best possible loan available.

*Declaration of Lauren Cotner*

**FTC-000012**

10.     I received a contract for my review and signature on or around July 19, 2023.  For the one-time payment of $15,000, the Air AI Sales Agreement granted me as "Client" access to the "Air AI training platform, which include[d] a library of internal processes and systems for operating and scaling a high-ticket business," as well as "[a]ccess to Air University 2.0, Air's step-by-step guide to building and scaling systems[.]"  The educational materials included "[b]onus lessons" like "How we'd recoup our Air investment in 14 days[.]"  A true and correct copy of my Air AI Sales Agreement dated July 19, 2023 is attached as Attachment B.

11.     The purchase price also entitled me to the "Air Software Suite," including Max, a "Lead maximizer and dialing platform," and Midas, a "Checkout and financing platform."  I would get "[f]irst notice upon the release of Sherlock: Analytics platform and constraint finder" and "Odin: [Air AI's] conversational AI product[.]"  *Id.* at 1-2.

12.     Under the contract, I would get a year of "live group consulting calls with AIR AI's internal team . . . [and] 1 year of live sales training with Air Ai's sales team[.]"  Finally, the contract said that Air AI would provide me with various recruitment, promotional, and marketing services and products.  *See id.* at 2.

13.     The contract included the following "Air AI Guarantee & Expectations:"

> Air AI is backed by the industry's boldest guarantee.  Within 6 months of joining the program (the 'Starting Term'), the Client will have used Air AI to generate revenue equal to triple or more of the initial cost of the Air Access Card.  If not, the Client will have the option to cancel their Air Access Card and forgo the Air platform upon which they will be refunded the full amount of their initial cost.

> *Id.* at 2.

14.     After reviewing it, I signed the Air AI Sales Agreement on July 19, 2023.  *See* Attachment B at 6.  I waited to receive a counter-signed contract from someone at Air AI, but I never got one.

15.     On July 19 and July 20, 2023, I made two credit card payments to Air AI totaling $3,000.  I split the total between my F&M Bank and Capital One business credit cards.  True and correct copies of excerpts from my F&M Bank statement showing a July 20 charge for $1,000 and my Capital One bank statement showing a July 19 charge for $2,000 are attached as Attachment C.

*Declaration of Lauren Cotner*

**FTC-000013**

16.     I tried to use Midas to find a loan for the remaining $12,000, but I didn't qualify for anything.  I talked to Mr. Higgins, who said that Air AI had "a relationship" with a company called Special Financing and that they would be able to get me the money.

17.     On or around July 20, 2023, Mr. Higgins put me in touch with someone from Special Financing named Andrea.  Andrea walked me through the Special Financing application over the phone, telling me to click through things.  The process felt rushed and I didn't have time to fully read what I was agreeing to, but I trusted Mr. Higgins and thought this was just part of the process.

18.     I signed a retail instalment sales contract for $12,000 on July 20, 2023.  The contract required me to make 35 monthly payments of $477.05 and one final payment of $13.29.  While I understood the loan to be coming from Special Financing, the "Seller of Services (Creditor)" was listed as "Air, AI, LLC – 36 month term".  As far as I know, after I was approved the money went directly from Special Financing to Air AI.  A true and correct copy the Retail Installment Sales Contract is attached as Attachment D.

19.     After I purchased the Air AI Access Card, I got access to AirU, which was Air AI's educational platform.  I was instructed to work on a new module each day and was given access to the next module as I completed the one that came before it.

20.     At first, I found the modules to be helpful, albeit long-winded.  But all of the information was new to me, so I didn't mind.  But the modules quickly became burdensome.  There was no way to skip ahead past lessons that were inapplicable to me and it felt like the presenters would talk and talk and talk and never get to the point.  I started to get overwhelmed, but when I asked for the one-on-one help I was sold, it never came.  I was directed to group calls, where nothing was ever resolved, and the Air AI Slack channel, where Air AI employees seemed to just pass my questions around without ever coming up with an answer.  It became too much for me and, without support, I couldn't keep going.

21.     Air AI never sent me some of the software I was entitled to under the contract, and what I received I never had a chance to use.  Specifically, I never got access to the Sherlock constraint finder or to a conversational AI product called Odin.  I did have access to Max – the dialer – and Midas – the financing tool – but because I wasn't able to complete my coaching course, I didn't have any reason to use them.

*Declaration of Lauren Cotner*
**FTC-000014**

22.    I asked for a refund on or around July 5, 2024, before the end of my first year.  I was told that I needed to talk to an Air AI employee named Cynthia Vo, so I scheduled a call with her.

23.    On July 15, 2024, I had my scheduled call with Ms. Vo.  It was very short.  Ms. Vo was very matter of fact about everything, and didn't even try to convince me to stick it out after I told her that nothing had worked the way I was told it would.  Instead, she immediately approved my refund.  A true and correct copy of the Gmail Invitation from C. Vo scheduling the July 15, 2024 meeting is attached as Attachment E.

24.    Immediately after the call, I emailed concierge@air.ai to ask about the next steps for getting my refund.  I noted that Ms. Vo was "putting in a refund for my purchase[,]" but said that I needed documentation to send to Special Financing to stop the loan payments.  An Air AI employee named Mohamed Elawam responded, telling me that "cancelling a loan with SpecialFi means they charge [Air AI] the FULL amount of the loan even though they only refund back to you what you have paid to them. . . .  [T]hat's why your loan hasn't been 'cancelled' yet."  I followed up with Mr. Elawam, telling him that Special Financing had sold my loan to another company called Table Rock, and asking him to make the new company aware of my refund.  A true and correct copy of the July 15, 2024 email exchange is attached as Attachment F.

25.    I was eager to stop the payments on my loan and did not want to wait for someone from Air AI to contact Table Rock, so on the afternoon of July 15, 2024, I left a voicemail with Table Rock notifying them of the refund myself.  I received an email response from a Table Rock employee named Sonya Hayward telling me that the company had no record of a loan cancellation or refund and notifying me that "until we receive notification from Air AI" I had a "legal obligation to repay the loan[.]"  A true and correct copy of the July 15, 2024 email from S. Hayward to me is included on page 1 of Attachment G.

26.    I forwarded Ms. Hayward's email to Mr. Elawam at Air AI, asking him to "provide [Table Rock] with the information needed to prove that a refund is in the works."  On July 16, 2024, I received an email from an unnamed Air AI Concierge employee, telling me that "[t]he payments will continue until we pay the loan in full to them[,]" and that Air AI couldn't just cancel the loan because "the refund process involves them charging our company the full amount of the loan, even though they only refund what you have paid so far."  *Id.*  I was extremely confused and, frankly, alarmed.  It sounded like they were telling me I would have to

*Declaration of Lauren Cotner*
**FTC-000015**

continue paying for this loan despite being entitled to a refund so the company wouldn't be charged. I emailed back demanding an explanation as well as a specific timeline for my refund. *Id.* at 2. Air AI Concierge replied that the company was "unable to provide a precise ETA at this time, but rest assured that we will update you as soon as you are next in line." *Id.* I responded that "I should not have to make the monthly payments" now that I was being refunded. *Id.*

27.    On July 17, 2024, I received a "refund confirmation" from Air AI letting me know that I had "been approved" for my refund but would retain access to Scale 13 until "it is your place in the refund queue." A true and correct copy of the email exchange containing the July 17, 2024 email on page 1 is attached as Attachment H.

28.    I didn't hear anything from Air AI for a week. On July 24, 2024, I responded to the July 17 email asking for an update on the status of my refund and my place in the refund queue. *Id.* Later that evening, I got a long email signed by "Ryan" – who I understood to be Air AI co-founder Ryan O'Donnell – apologizing for the lack of communication and telling me that the company wasn't "in a place financially to issue refunds as fast as we want to, while maintaining a healthy enough cash position," and that, therefore, I would not get a refund until the company had raised more funds from "institutional investors." *Id.* at 1-2.

29.    At this point, I took a deeper look at the company and its founders. My online searches found that there were a lot of people who were waiting on refunds they had been guaranteed in their contracts with Air AI. I took a second look at the online articles that had been so confidence-boosting when I was considering Air AI, and I saw for the first time that these articles were paid promotional materials. I also saw complaints on websites like TrustPilot and Reddit from people who had been waiting on Air AI refunds for six months or more. It was shocking.

30.    On July 29, 2024, I responded to the email from Mr. O'Donnell, telling him that I knew the company owed a lot of people money and that the email "seem[ed] like it's just lip service trying to bide some time." I also attached documents that would transfer responsibility for paying the Table Rock loan over to Air AI, which seemed like the least the company could do while I waited for my refund. *Id.* at 2. No one from Air AI ever signed the transfer documents.

31.    On July 30, 2024, I sent an email directly to Air AI founders Caleb Maddix, Ryan O'Donnell, Austin Driscoll, and Zack Jenkins outlining my right to an immediate refund and

*Declaration of Lauren Cotner*

FTC-000016

transfer of financial responsibility. I received bounce back messages indicating that I had been blocked. A true and correct copy of the email exchange is attached as Attachment I. I subsequently discovered that my access to the Air AI Slack channel had been ended. A true and correct copy of a September 17, 2024 "No account found" email is attached as Attachment J.

32.    I checked in on my refund over the next few months but never received a response. A true and correct copy of an October 16, 2024 email from me to Air.ai.Concierge@air.ai is attached as Attachment K; *see also* Attachment I at 3 (November 16, 2024). To date, I have not received the refund I was repeatedly guaranteed.

33.    This experience has had a massive impact on my life. I have had to change careers at a time when I should be thinking about retiring, just to stay afloat. But I know that the $15,000 I lost pales in comparison to the life savings others have lost to this scam.

34.    Air AI made me believe that anything was possible – that I would be able to market my experience and ideas to make a good, or maybe even great, living, and that they would help me every step of the way. Worst case scenario, I was supposed to have been made whole. It was all lies. I want to shut down these scammers for good so that they can't ruin anyone else's life.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___3/8___, 2025.

_Lauren Cotner_

Lauren Cotner

*Declaration of Lauren Cotner*

FTC-000017



Appointment Confirmation  `External`  ›  Inbox ×

**Joshua Vlach** joshuavlach@scale13.ai via air.ai
to me ▾

Mon, Jul 17, 2023, 2:53 PM

Hey Lauren, this is Joshua with Scale13.

Just wanted to let you know our call has been confirmed for Wednesday, July 19, 2023 6:00 PM PDT.

I will call you on your phone number provided by the Student Success Manager - 8500.

Keep an eye out for my call coming from this phone # +16028923784.

I look forward to speaking with you!

- Joshua Vlach
Executive Consultant
Scale13

Add to google calendar | Add to outlook

[ Sounds good, talk to you then. ]  [ Thank you, looking forward to it! ]  [ Sounds great, thank you! ]

[ ↩ Reply ]  [ → Forward ]

**Attachment A**
**Declaration of Lauren Cotner**

FTC-000018

*Air*

# AIR AI SALES AGREEMENT

NOTICE TO THE CLIENT: DO NOT ACCEPT THIS AGREEMENT BEFORE YOU READ IT. BY ACCESSING THE AIR AI PROGRAM, YOU ACKNOWLEDGE: YOU HAVE READ THIS AGREEMENT, YOU UNDERSTAND IT, AND YOU ACCEPT AND AGREE TO BE BOUND BY ITS TERMS. PLEASE KEEP A COPY OF THIS AGREEMENT FOR YOUR RECORDS. IF YOU HAVE ANY QUESTIONS OR CONCERNS, PLEASE CONTACT AIR AI BEFORE ACCEPTING THIS AGREEMENT.

Air AI hereby sells to Client ("Client" or "you") the goods and services comprising the Air AI Program ("Program") for $15,000 (the "Base Cost"). Client agrees to pay for the Program in full upon Client's acceptance unless offered a lower initial price (the "Entry Price"). In the case of an Entry Price below the Base Cost, Client will pay an additional 5% fee on all transacted volume through Midas, Air's Checkout Platform, until the full Base Cost is paid out of the additional merchant fee. In this case, Client has been offered to purchase the Air AI Program for an Entry Price of $15,000. This Agreement shall be binding upon and take effect to the benefit of the parties hereto, their respective heirs, successors, assigns, executors, and administrators. This Agreement constitutes the entire understanding of the parties unless modified in writing executed by both parties. Client understands that outside of this Agreement, no other agreements or promises have been made. Except as described below, this Agreement cannot be terminated except upon the express written agreement of both parties hereto and the Client agrees that their liability under the Agreement terms shall begin upon the authorization of this Agreement and shall not terminate unless Air AI consents in writing.

1. **The Air AI Program consists of:**

    1. The Air Software Suite (the "Software Suite")
        a. a. Access to Max: Lead maximizer and dialing platform
        b. b. Access to Midas: Checkout and financing platform. Midas will be fully white-labeled and branded in accordance with Client's business.
        c. c. First notice upon the release of Sherlock: Analytics platform and

<p style="margin-left:2em">constraint finder</p>

    d.  d. First notice upon the release of Odin: Our conversational AI product

2. The Air AI training platform which includes a library of internal processes and systems for operating and scaling a high-ticket business. **You have the full right to use our IP to grow your business and use it for any purpose.**
3. Access to Air University 2.0, Air's step-by-step guide to building and scaling systems
4. 1 year of live group consulting calls with AIR AI's internal team
5. 1 year of live sales training with Air Ai's sales team for you or your team
6. Our vault of best-performing consulting calls
7. 1 year of access to our recruitment pipeline of sales reps for you to interview and hire
8. Complimentary PR package across a variety of publications
9. Complimentary 30 Day DFY Cold Email Campaign
10. Access to our list of Pre-Built White-label offers
11. Complimentary DFY marketing assets including headlines, funnel copy and templates, and video templates
12. Complimentary DFY affiliate marketing assets swipe file
13. Direct feedback from the Air team on your work inside of Air University
14. Bonuses lessons:

    a. How we'd recoup our Air investment in 14 days
    b. Advertising Academy
    c. Media Masterclass
    d. Ultimate Author Accelerator
    e. How to Blow up Your Book
    f. CMX Social Media Plan

## 2. **THE AIR AI GUARANTEE & EXPECTATIONS:**

Air AI is backed by the industry's boldest guarantee. Within 6 months of joining the program (the 'Starting Term'), the Client will have used Air AI to generate revenue equal to triple or more of the initial cost of the Air Access Card. If not, Client will have the option to cancel their Air Access Card and forgo the Air platform upon which they will be refunded the full amount of their initial cost. Furthermore, Client may receive an unconditional refund within 72 hours of purchase for any reason.

The Air Ai Program has multiple components designed for scaling the business therefore it is imperative that the CLIENT do the following items:

1. Client agrees to attend at least one meeting a week
2. Client agrees to execute the systems and processes as taught in Air

University and executed in the order advised. Failure to execute the processes advised may vary the results

3. Client agrees to follow the process on setting, lead generation and closing process
4. Client agrees to fill out End Of Week reports so our team can track their progress and help them when they run into constraints

The guarantee is conditional upon the expectations executed as outlined above.



### 3. **Content Ownership and Confidentiality.**

Client acknowledges that certain information or know-how relating to the information, documents, products, models or business of AIR AI ("Confidential Information") obtained from this Program, including, without limitation processes, systems, contacts, documents, scripts, trade secrets, intellectual property is the exclusive property of Air AI and may comprise confidential and proprietary information or trade secrets that is not readily ascertainable and which derives economic value, actual or potential, from not being generally known.

For purposes of this Agreement, the Confidential Information provided through this Program shall be deemed confidential unless expressly indicated otherwise. Client agrees to hold the Information in the strictest confidence, not to make use thereof except as permitted by AIR AI, and not to directly or indirectly copy, reproduce, distribute, release or disclose the Information, in whole or in part, to any third party without the prior written consent of AIR AI.

You agree to use all reasonable measures to ensure that the confidentiality of the Confidential Information is not impaired. You further agree that your obligations of confidentiality of the Confidential Information survive the expiration or termination of this Agreement.

4. **DISCLAIMER OF WARRANTY**. NO ADDITIONAL WARRANTY IS MADE BY AIR AI REGARDING ANY INFORMATION, SERVICES OR PRODUCTS PROVIDED IN CONNECTION WITH THE PROGRAM, OR RESULTS FROM USE OF SAME. AIR AI EXPRESSLY DISCLAIMS ANY AND ALL WARRANTIES, INCLUDING WITHOUT LIMITATION, ANY WARRANTIES AS TO THE ACCURACY, COMPLETENESS OR CONTENT OF INFORMATION, PRODUCTS OR SERVICES AND ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, EXCEPT TO THE EXTENT THE

EXCLUSION OF IMPLIED WARRANTIES IS NOT PERMITTED BY LAW.

5. **LIMITATION OF LIABILITY AND DAMAGES.** YOU AGREE THAT AIR AI'S LEGAL LIABILITY, INCLUDING THE LIABILITY OF ITS AFFILIATES, OFFICERS, DIRECTORS, SHAREHOLDERS, EMPLOYEES OR AGENTS, FOR ANY CLAIM MADE BY YOU ARISING OUT OF YOUR USE OF THE WEBSITE OR PURCHASE OF PRODUCTS OR SERVICES OFFERED THEREON SHALL BE LIMITED TO THE AMOUNT YOU PAID TO AIR AI EXCEPT AS PROVIDED IN THE ARBITRATION AGREEMENT IN SECTION 11 HEREINBELOW, UNDER NO CIRCUMSTANCES WILL SPECIAL, INCIDENTAL, CONSEQUENTIAL OR PUNITIVE DAMAGES BE AWARDED, EVEN IF WE HAVE BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. SOME STATES DO NOT ALLOW THE EXCLUSION OR LIMITATION OF INCIDENTAL OR CONSEQUENTIAL DAMAGES, SO THIS EXCLUSION MAY NOT APPLY TO YOU.

6. **Indemnity.** You agree to defend, indemnify and hold AIR AI, its affiliates, officers, subsidiaries, affiliates, successors, assigns, directors, officers, agents, service providers, attorneys, suppliers and employees, harmless from any claim or demand, including reasonable attorneys' fees and court costs, made by any third party due to or arising out of your use of the Air.ai Products and Services, your violation of this Agreement, or your breach of any of your acknowledgements, agreements, representations, warranties and obligations herein.

YOU ACKNOWLEDGE THAT AIR AI HAS SET ITS PRICES AND HAS PROVIDED ACCESS TO ITS PRODUCTS AND SERVICES IN RELIANCE ON THESE LIMITATIONS OF LIABILITY AND DAMAGES AND THE INDEMNITY IN THIS AGREEMENT, AND THAT THOSE LIMITATIONS ARE AN ESSENTIAL BASIS UPON WHICH AIR AI OFFERS ITS PRODUCTS AND SERVICES. YOU AGREE THAT THE LIMITATIONS OF LIABILITY AND DAMAGES AND THE INDEMNITY IN THIS AGREEMENT SURVIVE AND APPLY EVEN IF FOUND TO HAVE FAILED OF THEIR ESSENTIAL PURPOSE.

7. **Governing Law, Jurisdiction and Venue.** This Agreement shall be construed in accordance with and governed by the laws of the State of Arizona.

8. **Dispute Resolution and Class Action Waiver.** Most or your concerns can be resolved quickly to your satisfaction by contacting our Client Service Center via concierge@air.ai In the unlikely event that Client Service cannot resolve your complaint to your satisfaction, or if we have not been able to

resolve a dispute with you after trying to do so informally, then except for collection claims and petitions for injunctive relief, we each agree to resolve all other disputes through binding arbitration rather than in court. Arbitration is less formal than a lawsuit. Arbitration uses a neutral arbitrator instead of a judge or jury, allows less discovery than courts, and is subject to very limited court review. The American Arbitration Association (AAA) will serve as the arbitration provider. We agree that any arbitration under these Terms will take place on an individual basis. Representative, group, collective or class actions are not permitted.

You may speak with your own lawyer before purchasing any product or service offered by AIR AI, but your purchase of any such product or service constitutes your acceptance of this Agreement, including this provision.

You agree that, by entering into this Agreement, you and AIR AI are each WAIVING THE RIGHT TO A TRIAL BY JURY OR TO PARTICIPATE IN A REPRESENTATIVE, GROUP, COLLECTIVE OR CLASS ACTION OR ARBITRATION. YOU AND AIR AI AGREE THAT EACH MAY BRING CLAIMS AGAINST THE OTHER ONLY IN YOUR OR ITS INDIVIDUAL CAPACITIES AND NOT AS PLAINTIFFS OR CLASS MEMBERS IN ANY PURPORTED REPRESENTATIVE, GROUP OR CLASS ACTION OR ARBITRATION, OR IN THE CAPACITY OF A PRIVATE ATTORNEY GENERAL.

9. **Severability of Agreement.** If any provision of the Agreement is found by a court or other binding authority to be invalid, you agree that every attempt shall be made to give effect to the parties' intentions as reflected in that provision, and remaining provisions contained in this Agreement shall continue in full force and effect.

By electronic authorization, the Client accepts the terms and conditions of this Agreement and authorizes Air AI to immediately charge the credit card and/or debit the bank account provided in payment for the purchase of the Program.

IN WITNESS WHEREOF, the Client below executes this Sales Agreement between them and AIR AI:

**CLIENT**

Name  Lauren Cotner

Email  ███████████com

Phone  ████████

Entity (optional) _____

Date  07/19/2023

Signature  *[signature]*



Date | 7/31/23
Account No. | ▮▮▮▮
| Page 3 of 5

Business Checking     ▮▮▮▮ (continued)

## Checks and Other Debits

| Date | Description | Amount |
|---|---|---|

WASHINGTONDC   C# 8598

| 7/20 | DBT CRD 0237 07/20/23 09380029  AIR AI | 1,000.00- |

175 Varick Street

NEW YORKNY    C# 8598

*ADDRESS IS FOR CO WORKING place*

Continued on next page

Questions? Call us: (866) 437-0011


Member
FDIC


**Attachment C**
**Declaration of Lauren Cotner**


**FTC-000025**





Page 2 of 3
Spark Classic credit card | Business Mastercard ending in █
Jul 16, 2023 - Aug 13, 2023  |  29 days in Billing Cycle

## Transactions

Visit capitalone.com to see detailed transactions.

**LAUREN COTNER** █  Payments, Credits and Adjustments

| Trans Date | Post Date | Description | Amount |
|---|---|---|---|

**LAUREN COTNER #6877: Transactions**

| Trans Date | Post Date | Description | Amount |
|---|---|---|---|
| Jul 19 | Jul 20 | AIR AINEW YORKNY | $2,000.00 |

LAUREN COTNER █  Total Transactions    █

**Total Transactions for This Period**    █

## Fees

| Trans Date | Post Date | Description | Amount |
|---|---|---|---|
| **Total Fees for This Period** | | | **$0.00** |

## Interest Charged

| | Amount |
|---|---|
| Interest Charge on Purchases | $0.00 |
| Interest Charge on Cash Advances | $0.00 |
| Interest Charge on Other Balances | $0.00 |
| **Total Interest for This Period** | **$0.00** |

## Totals Year-to-Date

| | Amount |
|---|---|
| **Total Fees charged** | **$0.00** |
| **Total Interest charged** | **$0.00** |

Additional Information on the next page

# RETAIL INSTALLMENT SALES CONTRACT (with ARBITRATION CLAUSE)

## 10090613

| | |
|---|---|
| **Name of Buyer:** LAUREN COTNER<br>**Address:**<br>**Apt./No.:**<br>**City, State Zip:** TORRANCE, CA 90503<br>**Home Phone:**<br>**Mobile Phone:**<br>**Work Phone:** | **Seller of Services (Creditor):**<br>AIR.AI,LLC-36 MONTH TERM<br>1743 WESTBROOK AVE<br>LOS ALTOS, CA 94024<br><br>PHONE: 213-344-9856 |

| Quantity | Description of Services | | Amount |
|---|---|---|---|
| 1 | AIR.AI ACCESS CARD | | $12,000.00 |
| | | | |
| | | | |
| | | | |
| | | **Total:** | $12,000.00 |

"We", "our" and "us" refer to the Seller/Creditor. "You" and "your" refer to the Buyer of services. If there is a Co-Signer, then "you" and "your" refer to both the Buyer, and Co-Signer.

You may buy the services described above ("Services") for cash or credit. By agreeing to this contract ("Contract") you choose to buy the Services on credit under the terms and conditions of this Contract. You agree to pay the Seller/Creditor the Amount Financed as shown in the Truth in Lending Disclosures Box on page 1 of this Contract ("TILA Box"), plus finance charge. Buyer and Co-Signer agree to be jointly and severally liable. A Co-Signer is any person who is not receiving the Services, but is contractually obligated under this Contract.

Services Agreement: The Services you purchased under this Contract may have a separate agreement. Consult the separate agreement for the terms and conditions applicable to the Services.

## TRUTH-IN-LENDING DISCLOSURE STATEMENT ("TILA Box")

| ANNUAL PERCENTAGE RATE<br>The cost of your credit at a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | AMOUNT FINANCED<br>The amount of credit provided to you or on your behalf. | TOTAL OF PAYMENTS<br>The amount you will have paid after you have made all payments as scheduled. | TOTAL SALE PRICE<br>The total cost of your purchase on credit, including your down payment of $0.00 |
|---|---|---|---|---|
| 24.99 % | $ 4683.46 (e) | $12,000.00 | $ 16683.46 (e) | $ 16683.46 (e) |

**Your Payment Schedule will be:**

| No. of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 35 | $477.05 | Monthly Beginning on 7/20/2023 |
| 1 | ($13.29) (e) | Final Payment on 6/20/2026 |

**Prepayment:** If you pay the Amount Financed early, in whole or in part, you will not have to pay a penalty.

**Late Fees:** If a payment is not received in full within 10 days after it is due, you will be charged a late charge of $10.00.

**Security:** You are providing a security interest in the Optional Recurring Payment Authorization and the Optional Credit and Debit Card Payment Authorization, if you signed these documents.

**Additional Information:** See your contract documents, and the remaining pages of this contract for any additional information about nonpayment, default, any required repayment in full before the scheduled date, prepayment, refunds and penalties.

**(e) means an estimate.**

**12-Months Same As Cash Option ("SAC"):** If you pay the Amount Financed disclosed in the TILA Box within 12 months of the date of this Contract, you will receive a 100% rebate of the Finance Charge paid. **However, you must pay each installment payment on time, and there can be no default under this Contract.** If any installment shown in the Payment Schedule is not paid on time, the SAC Option is no longer available. If another type of default occurred under the Contract, the SAC Option is no longer available.

**I understand that this Contract contains a 12 Months Same as Cash Option, and that I must satisfy certain conditions to exercise the option.**

Buyer: *Lauren Cotner*

Co-Signer: _____

| Itemization of Amount Financed | |
|---|---|
| 1. Cash Price | $12,000.00 |
| 2. | |
| 3. Sales Tax | $0.00 |
| 4. Total Cash Price (#1 + #2 + #3) | $12,000.00 |
| Less  5. Cash Down Payment | $0.00 |
| 6. Amount Financed (#4 - #5) | $12,000.00 |

You acknowledge that this Contract contains an Arbitration Clause. See Section entitled "Additional Disclosures and Contract Terms"

**Notice to Buyer:**

    1. Do not sign this agreement before you read it or if it contains any blank spaces to be filled in.

    2. You are entitled to a completely filled-in copy of this agreement.

    3. You can prepay the full amount due under this agreement at any time.

    4. If you desire to pay off in advance the full amount due, the amount which is outstanding will be furnished upon request.

**Acknowledgement:** By signing below you acknowledge that you had the opportunity to read this completely filled in Contract and to leave with a copy of it. You also acknowledge that you signed a completely filled-in copy of this Contract.

Buyer: *Lauren Cotner*

Date: 7/20/2023

Co-Signer: _____

Date: _____

Seller: _____

Date: 7/20/2023

☐ If this box is checked, the Services purchased are primarily for business or commercial purposes, and the notice below does not apply.

**NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.**

California-2016

FTC-000028
Application Number: 587994

Additional Disclosures and Contract Terms

1. <u>Consent to Contract By Mail/Telephone/Text Message/Email</u>. For each address, email address and telephone number you provide to us, you agree that we may contact you by mail, telephone and email, to the extent not prohibited by law. We may contact you via voice calls or text messages to your cell phone and/or landline using a prerecorded/artificial voice message or an automatic telephone dialing system, for servicing and collection purposes, to the extent not prohibited by law. We may do so even if the telephone number is a mobile number and results in a charge to you.

You also understand and agree that if we contact you by telephone and we do not speak with you, we may leave a message for you with the person answering the telephone or on a voicemail or other answering machine device, to the extent not prohibited by law.

| Buyer's Initial:  | Co-Signer's Initial: |
| --- | --- |

<u>ARBITRATION</u>. This arbitration Clause significantly affects your rights in any dispute with us. Please read it carefully before you sign it. You have the right to have this Contract, including the Arbitration Clause, reviewed by a lawyer before you sign it. If either you or we elect to arbitrate a dispute:

* AN ARBITRATOR, AND NOT A COURT, WILL DECIDE THE DISPUTE.
* YOU AND WE EACH GIVE UP OUR RIGHT TO A COURT TRIAL OR A JURY TRIAL.
* YOU GIVE UP YOUR RIGHT TO ACT AS A CLASS REPRESENTATIVE OR CLASS MEMBER ON ANY CLASS CLAIM YOU HAVE AGAINST US.
* INFORMATION YOU AND WE MAY OBTAIN IN DISCOVERY FROM EACH OTHER IN ARBITRATION IS GENERALLY MORE LIMITED THAN IN COURT.
* OTHER RIGHTS YOU AND WE WOULD HAVE IN COURT MAY NOT BE AVAILABLE.
* WE MAY STILL SEEK PROVISIONAL REMEDIES FROM A COURT.

This Arbitration Clause applies to disputes between you and us. Disputes may arise from contracts, torts or otherwise. A dispute may involve the interpretation and scope of this clause and the arbitrability of any issue.

A dispute may be between you and us or our employees, agents, successors or assigns, which arise out of or relate to this Contract or any resulting transaction or relationship (including any relationship with third parties who do not sign this Contract).

Any dispute shall, at you or our election (or the election of any party entitled to elect to arbitrate), be resolved by neutral, binding arbitration and not by a court action. Any dispute is to be arbitrated on an individual basis and not as a class action. You waive any right you may have to arbitrate a class action. This is referred to below as the "waiver of class relief."

You may choose the applicable rules of the American Aribtration Association or JAMS. You may obtain a copy of the rules of these organizations by visiting their websites. If you cannot access their web sites, we will provide the rules to you upon request.

The arbitrator shall be an attorney or retired judge selected in accordance with the applicable rules. The arbitration award shall be in writing, but without a supporting opinion. The arbitration hearing shall be conducted in the federal district in which you reside.

We will pay the arbitration filing fee. We will pay the arbitration costs and the fees for the first day of arbitration, up to a maximum of eight hours. We will pay any additional costs and fees of arbitration if the arbitrator determines that applicable law or the arbitration organization's rules require us to do so or that we must do so to make this arbitration clause enforceable. Otherwise, the arbitrator shall decide who shall pay any additional costs and fees.

The arbitrator's award shall be final and binding on all parties, except that in the event of a "take nothing" award or an award in excess of $100,000, the losing party may request a new arbitration under the rules of the arbitration organization by a three-arbitrator panel.

The Federal Arbitration Act shall govern any arbitration under this Arbitration Clause notwithstanding any election of state law in this Contract or in any other document you sign.

You and we retain the right to seek provisional remedies from a court. Neither you nor we waive the right to arbitrate by filing suit, or seeking or obtaining provisional remedies from a court. Either you or we may enter judgment on the award rendered by the arbitrator in any court with jurisdiction.

If any part of this Arbitration Clause other than the waiver of class relief is held or deemed to be unenforceable, the rest of the clause shall be enforceable. If the waiver of class relief is held or deemed to be unenforceable, this entire Arbitration Clause shall be unenforceable.

You may opt out of this Arbitration Clause by sending us a notice stating that you do not want it to apply. You must send the notice not more than 15 days after the date of this Contract. You and all parties to the Contract other than us must sign it. You must send it by registered mail to Special Financing Company, LLC at 2504 BuildAmerica Drive, Hampton, Virginia 23666. The notice will be effective when we receive it.

3. <u>Promise to Pay</u>: You jointly and severally agree to pay us the "Amount Financed" shown in the TILA Box ("Amount Financed") and finance charge on the Amount Financed at a rate equal to the APR (defined below in Section 7). You agree to make all installment payments set forth in the "Payment Schedule," in the amounts and by the dates shown in the TILA Box ("Installments"). You also agree to pay additional amounts that may be assessed as provided in this Contract, such as late fees and NSF fees. "Jointly and severally" means that each person agrees to keep all the promises in this Contract even if the other person(s), if there is one, does not.

California-2016

Page 3 of 9
Attachment D
Declaration of Lauren Cotner

FTC-000029
Application Number: 587994

4. **Security.**

[X] If this box is checked, you have chosen to sign and provide an Optional Recurring Payments Authorization ("Recurring Payment Authorization"). The Recurring Payment Authorization is on a separate piece of paper so that you can clearly and prominently see what you are agreeing to provide. The Recurring Payment Authorization is not required to obtain credit. If you provide it, the Recurring Payment Authorization is a part of this Contract. The Recurring Payment Authorization gives us permission to automatically debit your bank account. You may revoke the Recurring Payment Authorization at any time. See the Recurring Payment Authorization for details.

| Buyer's Initial: | Co-Signer's Initial: |
| --- | --- |

[X] If this box is checked, you have chosen to sign and provide an Optional Credit and Debit Card Payment Authorization ("Authorization"). The Authorization is on a separate piece of paper so that you can clearly and prominently see what you are agreeing to provide. The Authorization is not required to obtain credit. If you provide it, the Authorization is a part of this Contract. The Authorization gives us permission to charge your credit or debit card. You may revoke the Authorization at any time. See the Authorization for details.

| Buyer's Initial: | Co-Signer's Initial: |
| --- | --- |

For the box(es) checked, pursuant to Official Staff Comment 1 of the Bureau of Consumer Financial Protection Official Staff Commentary to Regulation Z § 1026.2(a)(25), where state law is silent or unclear as to whether a particular interest is a security interest, a creditor may disclose the interest as a security interest for Truth in Lending purposes. It is unclear whether an Optional Recurring Payment Authorization and/or an Optional Credit and Debit Card Payment Authorization are a security interest under state law. Because of this, we are disclosing in the TILA Box our right to initiate electronic debits and/or charge a credit or debit card as a "security interest" for Truth in Lending purposes. This disclosure is not intended to create, and shall not evidence, a security interest under state law.

5. **Application of Payments.** Unless otherwise required by law, we will apply payments we receive as follows: (1) first to unpaid finance charges; (2) second to any fees and other permissible costs (including a late fee) and (3) third to the declining balance of the Amount Financed.

6. **Final Payment.** If you do not pay the installments as required in the Payment Schedule, your final payment may be higher than what is shown in the TILA Box. All amounts that are owed under this Contract and that have not been paid will become due and payable on the date of your final payment ("Maturity").

7. **Finance Charge.** You agree to pay a finance charge on the Amount Financed until this Contract has been paid in full. We will calculate the finance charge on a daily basis based upon a 365-day year by applying a daily periodic rate to the declining balance of the Amount Financed. The daily periodic rate is equal to the "Annual Percentage Rate" ("APR") shown in the TILA Box, divided by 365. The amount of finance charge you pay depends upon when you make your payments. Early payments or paying more than the scheduled installment may decrease the amount of finance charge that you will pay. Late payments may increase the amount of finance charge that you will pay.

The Finance Charge you pay may be more than the Finance Charge shown in the TILA Box if you make your payments late or in an amount less than the scheduled installment.

If any of the Amount Financed is unpaid after Maturity or a deferred Maturity, the Amount Financed will continue to accrue Finance Charge at the APR shown in the TILA Box, to the extent not prohibited by law.

When a payment is received, the amount credited to the finance charge is computed as of the day the payment is received.

8. **Deferral of an Installment.** If any Installment(s) is deferred, you will pay more finance charge because the Amount Financed does not decline during the period of deferral and finance charge continues to accrue.

9. **Prepayment.** You may prepay this Contract, in full or in part, at any time without penalty. If you prepay in part — meaning that you pay more than the amount of the scheduled Installment and there are no other amounts due — you are still required to pay your next Installment on the date scheduled. Prepaying in part does not eliminate the obligation to pay Installments as they come due.

10. **Late Charge.** If an installment is not paid in full within 10 days after its scheduled due date, you agree to pay a late charge as shown in the TILA Box.

11. **NSF Charge.** If a payment in whatever form, including, but not limited to, a check, electronic funds transfer, electronic debit, or ACH ("Payment Instrument") is not honored or is returned unpaid, you agree to pay a NSF charge of $15.00, to the extent not prohibited by law. We may re-present the Payment Instrument to be paid, for a maximum presentment of 2 times.

If the Payment Instrument is a check and it is re-presented, in the ordinary course of business, the check will not be provided to you with your bank statement, but a copy can be received by contacting your financial institution.

12. **Back-Up Payment.** If an Installment is not paid when due and you have provided the Authorization described in Section 4 above (and it has not been revoked), we will charge your credit/debit card (as applicable under the terms of the Authorization) in the amount of the Installment ("Back-Up Payment"). We will submit a Back-Up Payment only once for each installment that is not paid when due.

13. **Check Conversion.** If your Payment Instrument is a check, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic funds transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution. In the event a check is not honored or is returned unpaid, we may re-present the check electronically as described here. For questions, please contact us at 1-757-825-0450.

14. **Default.** You will be in default: (1) if you fail to pay an installment when due; (2) you fail to keep your promises under this Contract; (3) any information you furnished us in connection with this Contract is false or materially misleading; or (4) any proceeding is begun or petition is filed under any bankruptcy or insolvency law by or against you.

15. Our Rights and Remedies upon Default. If you default under this Contract, we may, in our sole discretion, demand that you pay all amounts owed under this Contract immediately (this is known as "to accelerate" or "accelerator"), subject to any state requirements to provide you with notice and/or a right to cure. If you default, you agree that we have all rights and remedies available to us under applicable law and this Contract. You agree to pay all costs and expenses we incur in enforcing this Contract, including, but not limited to, attorney's fees for an attorney who is not our salaried employee and court costs, to the extent not prohibited by law.

16. No Waivers. We may delay enforcing any of our rights or elect not to enforce our rights without losing them. Our acceptance of partial payments does not modify the terms of this Contract and does not constitute a waiver of any subsequent default. You waive the rights of demand, presentment, protest, and notice of dishonor, to the extent not prohibited by law. "Presentment" means the right to have us make demand for payment of amounts due. "Notice of Dishonor" means the right to require us to give notice that amounts due have not been paid. You also waive any common law right to receive a notice of our intent to accelerate and a notice of acceleration.

17. Entire Agreement. This Contract constitutes the entire agreement between you and us about the credit sale of the Services. There may be other agreements that relate solely to the Services (and not the financing of the Services). This Contract is binding on you, your heirs, personal representatives, successors and assigns. It is also binding on us and our sucessors and assigns.

18. Modification. This Contract may not be amended or modified except in a writing signed by you and us.

---

This Contract contains the entire agreement between you and us relating to this Contract.  Any change to this Contract must be in writing and we must sign it. No oral changes are binding.

Buyer:  Lauren Cotner                                    Co-Signer: _____

---

Assignment and Binding. We may assign this Contract without your permission, but you may not assign or transfer your rights or obligations without our prior written permission.

20. Governing Law. This Contract is governed by the laws of the State in which the Seller/Creditor is located and Services are provided.

---

Assignment: This Contract is assigned to Special Financing Company, LLC according to the terms of the dealer agreement between the parties.

Seller/Creditor Name: Affordable 36 MONTH TERM

Authorized Signature: _____

Title:  Authorized Signer                                    Date:  7/20/2023

 Gmail

Lauren Cotner -

**Invitation: Lauren Cotner and Cynthia Vo @ Mon Jul 15, 2024 10:30am - 11am (PDT) (**          **)**
2 messages

**Cynthia Vo** <cynthiavo@air.ai>                                          Wed, Jul 10, 2024 at 12:03 PM
Reply-To: Cynthia Vo <cynthiavo@air.ai>
To

---

Event Name: 30 Minute Meeting

Please share anything that will help prepare for our meeting.: I would like to discuss a refund, as the system is not what i had imagined. For as much money as I have put into it, It should have a very streamlined and more hands on ... anyway, I look forward to chatting with you.

Need to make changes to this event?
Cancel: https://calendly.com/cancellations/932a3195-b398-4bd4-ba44-b0ef4748f35f
Reschedule: https://calendly.com/reschedulings/932a3195-b398-4bd4-ba44-b0ef4748f35f

Powered by Calendly.com

**When**
Monday Jul 15, 2024 · 10:30am – 11am (Pacific Time - Los Angeles)

**Guests**
Cynthia Vo - organizer

View all guest info

**Reply for**

| Yes | No | Maybe | More options |

---

Invitation from Google Calendar

You are receiving this email because you are subscribed to calendar notifications. To stop receiving these emails, go to Calendar settings, select this calendar, and change "Other notifications".

Forwarding this invitation could allow any recipient to send a response to the organizer, be added to the guest list, invite others regardless of their own invitation status, or modify your RSVP. Learn more

📄 **invite.ics**
2K

---

**Lauren Cotner**                                                          Mon, Jul 15, 2024 at 10:28 AM
To: Cynthia Vo <cynthiavo@air.ai>

where is link for meeting?

EPIQUE
R E A L T Y
Lauren Cotner |
THE COTNER CREW

SEARCH FOR YOUR DREAM HOME HERE | CURIOUS ABOUT EPIQUE

On Wed, Jul 10, 2024 at 12:03 PM Cynthia Vo <cynthiavo@air.ai> wrote:



Event Name: 30 Minute Meeting

Please share anything that will help prepare for our meeting.: I would like to discuss a refund, as the system is not what i had imagined. For as much money as I have put into it, It should have a very streamlined and more hands on ... anyway, I look forward to chatting with you.

Need to make changes to this event?
Cancel: https://calendly.com/cancellations/932a3195-b398-4bd4-ba44-b0ef4748f35f
Reschedule: https://calendly.com/reschedulings/932a3195-b398-4bd4-ba44-b0ef4748f35f

Powered by Calendly.com

**When**
Monday Jul 15, 2024 · 10:30am – 11am (Pacific Time - Los Angeles)

**Guests**
Cynthia Vo - organizer

View all guest info

**Reply for**

[ Yes ]  [ No ]  [ Maybe ]  [ More options ]

Invitation from Google Calendar

You are receiving this email because you are subscribed to calendar notifications. To stop receiving these emails, go to Calendar settings, select this calendar, and change "Other notifications".

Forwarding this invitation could allow any recipient to send a response to the organizer, be added to the guest list, invite others regardless of their own invitation status, or modify your RSVP. Learn more

 Gmail

Lauren Cotner - ▮▮▮▮▮▮▮▮▮▮▮▮▮

**refund coming**
8 messages

**Lauren Cotner <▮▮▮▮▮▮▮▮▮▮▮▮>**                                      Mon, Jul 15, 2024 at 10:36 AM
To: concierge@air.ai

Hi there, I was told by cynthia she is putting in a refund for my purchase. Great.  But I need something to go to Special financing, and also find out where the money will be going, I've got a new address and bank account since i signed up. I'd like it to come as a check.  And get me information to give to the financing dept so they know it's being refunded and no longer to charge me.  thanks
thanks.



**Air.ai Concierge <concierge@air.ai>**                                 Mon, Jul 15, 2024 at 11:52 AM
Reply-To: "Air.ai Concierge" <concierge@air.ai>
To: ▮▮▮▮▮▮▮▮▮▮▮

Hello Lauren,

To give some clarity with SpecialFi, if we cancel the loan, that is the refund - cancelling a loan with SpecialFi means they charge our company the FULL amount of the loan even though they only refund back to you what you have paid to them.
So for example, if your loan was for $15k but have only paid $6k on it, you will be refunded 6k but our company will be charged $15k. It's how SpecialFi works, so that's why your loan hasn't been "cancelled" yet

Always at your service :)

Mohamed Elawam | Concierge @ Air.ai | ▮1.png
[Quoted text hidden]

**How would you describe the experience with concierge today?**

Extremely satisfied                    Neither satisfied nor dissatisfied                    Extremely dissatisfied

**Lauren Cotner ▮▮▮▮▮▮▮▮▮▮▮**                                      Mon, Jul 15, 2024 at 11:56 AM
To: "Air.ai Concierge" <concierge@air.ai>

Ok. they sold the loan to table rock I need to make sure they do not continue to charge me.  Can you please make sure that the new company is aware.  Also, how will the refund come, I've changed addresses and banking since then.  So, I will need it in a check form, or get a form to give you new wiring.

EPIQUE
R E A L T Y
Lauren Cotner | ▮▮▮▮▮▮▮▮▮▮
THE COTNER CREW
▮▮▮▮▮▮▮▮

SEARCH FOR YOUR DREAM HOME HERE | CURIOUS ABOUT EPIQUE

[Quoted text hidden]

**Lauren Cotner ▮▮▮▮▮▮▮▮▮▮**                                      Mon, Jul 15, 2024 at 11:58 AM
To: "Air.ai Concierge" <concierge@air.ai>

one more thing.  Here is the phone number for tablerock 417 348 1055   204,203,251 or their email is tri@tablerockgroup.com  I need you to tell them to  NO LONGER BILL me. thanks and not affect my credit.

And when should i expect the refund!

EPIQUE
R E A L T Y
Lauren Cotner | ▮▮▮▮▮▮▮▮
THE COTNER CREW

SEARCH FOR YOUR DREAM HOME HERE | CURIOUS ABOUT EPIQUE

[Quoted text hidden]

**Air.ai Concierge** <concierge@air.ai>                                        Mon, Jul 15, 2024 at 1:05 PM
Reply-To: "Air.ai Concierge" <concierge@air.ai>
To: ███████████████

Hey Lauren,

I have raised your question to the concerned team and I will get back to you as soon I get an answer.
Truly appreciate your time and patience.

Always at your service :)

Mohamed Elawam | Concierge @ Air.ai | 🖼 1.png
[Quoted text hidden]
[Quoted text hidden]

**Lauren Cotner** <███████████████>                                        Mon, Jul 15, 2024 at 1:26 PM
To: "Air.ai Concierge" <concierge@air.ai>

thank you!

**EPIQUE**
R E A L T Y
Lauren Cotner | ███████████
THE COTNER CREW
███████

SEARCH FOR YOUR DREAM HOME HERE | CURIOUS ABOUT EPIQUE

[Quoted text hidden]

**Lauren Cotner** ███████████ ███                                        Tue, Jul 30, 2024 at 12:37 PM
To: "Air.ai Concierge" <concierge@air.ai>

please send me an itemized schedule of payments since you took it over, as well as if you access to the special financing payments. thanks .:)

**EPIQUE**
R E A L T Y
Lauren Cotner | ███████████
THE COTNER CREW

SEARCH FOR YOUR DREAM HOME HERE | CURIOUS ABOUT EPIQUE

On Mon, Jul 15, 2024 at 1:05 PM Air.ai Concierge <concierge@air.ai> wrote:
[Quoted text hidden]

**Air.ai Concierge** <concierge@air.ai>                                        Tue, Jul 30, 2024 at 12:41 PM
Reply-To: "Air.ai Concierge" <concierge@air.ai>
To: ███████████████

Hey Lauren,

Kindly email Scale13ghl@air.ai for assistance on the matter.

Always at your service :)

M. E. | Scale13 @ Air.ai | 🖼 1.png

[Quoted text hidden]
, Lauren Cotner <███████████████> wrote:
[Quoted text hidden]

[Quoted text hidden]
[Quoted text hidden]

[Quoted text hidden]
, Lauren Cotner <███████████████> wrote:
[Quoted text hidden]

[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]

**How would you describe the experience with concierge today?**

Extremely satisfied          Neither satisfied nor dissatisfied          Extremely dissatisfied

How would you describe the experience with concierge today?

**Attachment F**
**Declaration of Lauren Cotner**

**FTC-000035**

Extremely satisfied                Neither satisfied nor dissatisfied                Extremely dissatisfied

[Quoted text hidden]

**Attachment F**
**Declaration of Lauren Cotner**

FTC-000036

 Gmail

Lauren Cotner ▬▬▬▬▬▬▬▬▬▬▬

## 1-90613-5
9 messages

**Sonya Hayward** <shayward@tablerockgroup.com>                                      Mon, Jul 15, 2024 at 2:37 PM
To: Cotner Group ▬▬▬▬▬▬▬▬▬          >
Cc: Marian Williams <mwilliams@tablerockgroup.com>

Lauren,

I received your voice message concerning your account   The voice message stated you had been approved for a refund and requested to remove the authorization going forward.  In looking at the account, I do not see any notification concerning a cancellation nor a refund.  I have removed our authorization for the payment going forward. However please note until we receive notification from Air AI, you have a legal obligation to repay the loan and collection efforts will commence.

Thanks,

*Sonya Hayward*

*Table Rock Investments LLC*

*White River Financial LLC*

*2800 Green Mountain Drive, Bldg. 1, Ste. D*

*Branson MO  65616*

*Office:  417-348-1055 Ext. 204*

*Fax   417 336 2763*

*Email:  SHayward@tablerockgroup.com*

*Hours M-F 8:00 am - 5:00 pm CT*


**Lauren Cotner** ▬▬▬▬▬▬▬          >                                      Mon, Jul 15, 2024 at 2:53 PM
To: "Air.ai Concierge" <concierge@air.ai>
Cc: Marian Williams <mwilliams@tablerockgroup.com>, Sonya Hayward <shayward@tablerockgroup.com>

Mohamed, Please see the forwarded email from TableRock, Please do not let them continue to come for me for the loan or allow this to go to collection.  Please provide them with the information needed to prove that a refund is in the works.

Thanks
Lauren Cotner


Lauren Cotner | ▬▬▬▬▬▬▬
THE COTNER CREW
▬▬▬▬▬▬
SEARCH FOR YOUR DREAM HOME HERE  | CURIOUS ABOUT EPIQUE

[Quoted text hidden]


**Air.ai Concierge** <concierge@air.ai>                                      Tue, Jul 16, 2024 at 8:06 AM
Reply-To: "Air.ai Concierge" <concierge@air.ai>
To ▬▬▬▬▬▬▬▬

Hey Lauren,

The payments will continue until we pay the loan in full to them. If we cancel the loan, the refund process involves them charging our company the full amount of the loan, even though they only refund what you have paid so far. This is how Tablerock operates as well, which is why your loan hasn't been "cancelled" yet.

Always at your service :)

Concierge @ Air.ai | 🖼1.png
[Quoted text hidden]

---

**How would you describe the experience with concierge today?**

Extremely satisfied                    Neither satisfied nor dissatisfied                    Extremely dissatisfied

**Cotner Group** - ▮▮▮▮▮▮ <▮▮▮▮▮▮>     Tue, Jul 16, 2024 at 11:08 AM
To: "Air.ai Concierge" <concierge@air.ai>

wait ? what. ? when is this all happening ?   i did not sign an agreement with table rock. i signed it with your special finance co.

when is the refund taking place.  you have not answered me as to when you will be sending it. as well as how it will be delivered
Lauren Cotner | EPIQUE  REALTY
Team Lead |
The Cotner Crew

On Jul 16, 2024, at 8:06 AM, Air.ai Concierge <concierge@air.ai> wrote:

[Quoted text hidden]

---

**Cotner Group** - ▮▮▮▮▮▮ <▮▮▮▮▮▮>     Tue, Jul 16, 2024 at 11:09 AM
To: "Air.ai Concierge" <concierge@air.ai>

the payments will continue ?  from you guys ?
Lauren Cotner | EPIQUE  REALTY
Team Lead |
The Cotner Crew

On Jul 16, 2024, at 8:06 AM, Air.ai Concierge <concierge@air.ai> wrote:

[Quoted text hidden]

---

**Air.ai Concierge** <concierge@air.ai>     Tue, Jul 16, 2024 at 8:27 PM
Reply-To: "Air.ai Concierge" <concierge@air.ai>
To ▮▮▮▮▮▮

We are unable to provide a precise ETA at this time, but rest assured that we will update you as soon as you are next in line.

And to reiterate, cancelling a loan with SpecialFi or Tablerock means our company is charged the full amount of the loan, even though they only refund what you have paid to them.

For example, if your loan was for $15,000 but you only paid $6,000, you would be refunded $6,000, while our company would be charged $15,000. This is why your loan hasn't been "cancelled" yet.

Always at your service :)

Concierge @ Air.ai | 1.png

On Tue, 16 Jul at 2:10 PM , Lauren Cotner <▮▮▮▮▮▮> wrote:
the payments will continue ?  from you guys ?
Lauren Cotner | EPIQUE  REALTY
Team Lead |
The Cotner Crew

On Jul 16, 2024, at 8:06 AM, Air.ai Concierge <concierge@air.ai> wrote:

Hey Lauren,

The payments will continue until we pay the loan in full to them. If we cancel the loan, the refund process involves them charging our company the full amount of the loan, even though they only refund what you have paid so far. This is how Tablerock operates as well, which is why your loan hasn't been "cancelled" yet.

Always at your service :)

Concierge @ Air.ai | 1.png

On Mon, 15 Jul at 5:54 PM , Lauren Cotner -▮▮▮▮▮▮- wrote:
[Quoted text hidden]

How would you describe the experience with concierge today?

Extremely satisfied                 Neither satisfied nor dissatisfied                 Extremely dissatisfied

[Quoted text hidden]

---

**Cotner Group** <concierge@air.ai ⬛ >                                    Tue, Jul 16, 2024 at 8:43 PM
To: "Air.ai Concierge" <concierge@air.ai>

i understand that.   but if i am getting a refund. i should not have to make the monthly payments anymore.

please keep me updated.   i will check in periodically because of my banking changing.

thanks for you help !
Lauren Cotner | EPIQUE REALTY
Team Lead |
The Cotner Crew
⬛

On Jul 16, 2024, at 8:27 PM, Air.ai Concierge <concierge@air.ai> wrote:

[Quoted text hidden]

---

**Lauren Cotner** ⬛ >                                                    Mon, Jul 29, 2024 at 4:36 PM
To: Sonya Hayward <shayward@tablerockgroup.com>
Cc: Marian Williams <mwilliams@tablerockgroup.com>

please send me a copy of the agreement that i signed that authorizes you to take over collecting payments. My agreement was with SpecFi.  Please send over all documents in
re: to this
Thank you!

Lauren Cotner

[Quoted text hidden]

---

**Sonya Hayward** <shayward@tablerockgroup.com>                          Tue, Jul 30, 2024 at 6:18 AM
To  Lauren Cotner ⬛
Cc: Marian Williams <mwilliams@tablerockgroup.com>

Lauren,

Attached are your loan documents.  On page 5, see 17 & 18.  Let me know if you have any additional questions.


*Sonya Hayward*


*Table Rock Investments LLC*

*White River Financial LLC*

*2800 Green Mountain Drive, Bldg. 1, Ste. D*

*Branson MO  65616*

*Office:  417-348-1055 Ext. 204*

*Fax:  417-336-2763*

*Email:  SHayward@tablerockgroup.com*

*Hours M-F 8:00 am - 5:00 pm CT*


[Quoted text hidden]


**Contract.pdf**
1386K

M Gmail

Lauren Cotner ▮▮▮▮▮▮▮▮▮ >

## Air Cancelation

7 messages

---

**Air.ai Concierge** <concierge@air.ai>                                      Wed, Jul 17, 2024 at 7:03 PM
Reply-To: "Air.ai Concierge" <concierge@air.ai>
To: ▮▮▮▮▮▮▮▮▮

Hello,

This is a refund confirmation letting you know that you have been approved. Your access to Scale13 will stay available until it is your place in the refund queue.

We have changed payment processors and may need to ACH those funds back to you, based on how you paid. If so, once the refund is ready to be processed, you will receive a separate email from GUSTO which will process that reimbursement

Thank you for being a member, we hope to welcome you back again in the future and we hope you'll recommend Air to your professional network that is ready to scale!

Take care,

Always at your service :)

Concierge @ Air.ai |  1.png

---

**Lauren Cotner** <▮▮▮▮▮▮▮   concierge@air.ai                              Wed, Jul 24, 2024 at 3:27 PM
To  "Air ai Concierge"   concierge@air ai

Hello, I'm following up to check on status of the refund, can you t ell me where I am in the refund queue?  As well,  when you send refund, there needs to be a document for you to take over my payments with table rock.  Thank you!

EPIQUE
R E A L T Y
Lauren Cotner | ▮▮▮▮▮▮▮
THE COTNER CREW
▮▮▮▮▮▮

SEARCH FOR YOUR DREAM HOME HERE  | CURIOUS ABOUT EPIQUE

[Quoted text hidden]

---

**Air.ai Concierge** <concierge@air.ai>                                      Wed, Jul 24, 2024 at 7:31 PM
Reply-To: "Air.ai Concierge" <concierge@air.ai>
To: ▮▮▮▮▮▮▮▮▮

Hey Lauren,

I just wanted to send you this email in the name of extreme transparency. It's a value we have amongst our team and one I believe in operating by as a founder.

First: I want to genuinely apologize for our communication with you through this process.

Up to this point, our communication with you has been awful. I know you've felt in the dark and unclear for awhile on what's going on with your refund - why it hasn't been issued yet, why have timelines gotten missed and extended etc.

So in this email I want to give you clarity on everything.

Let me start with this: I can 100% assure you will receive the full refund you requested. That is a personal vow and something you have my word on. Now, I want to give you context why there's been delays in issuing you it.

As you know Scale13 is a software company — and the team and infrastructure required to build software eats away the margins that coaching/consulting businesses have the luxury of.

So due to the capital intensive nature of running a software company and the fact that we've been entirely bootstrapped up to this point, we haven't been in a place financially to issue refunds as fast as we want to, while maintaining a healthy enough cash position to make sure everyone is taken care of. (If we were, I would issue your refund today)

However, we are currently deep in the process of raising a venture capital round from institutional investors.

And the good news is, based on the overall growth of our companies, we have a lot of investor interest and should have a fairly easy time closing out this round of funding.

Now, the current cash we have is necessary to fund the operations of the business and keep it running until the fundraising round is complete.

But the moment we finish the round, we will be able to issue your refund immediately.

I know that even though we are still issuing the refund, it is not as soon as we would prefer to issue it, and for that I truly do apologize. If this news makes you upset at us as a company and me as a founder, I genuinely understand and wouldn't expect otherwise. But I will make sure you are taken care of, by any means necessary. Even though we will be refunding you as soon as the round is finished, In the meantime, we are going to let you keep access to Scale13 if you would like and are here to help you with your business as much as you need.

**Attachment H**                                                  **FTC-000040**
**Declaration of Lauren Cotner**

And I can promise you: we will move as fast as humanly possible to close this round out and get you your full refund as soon as we can.

Ryan R@air.ai

> On Wed, 24 Jul at 6:28 PM , Lauren Cotner <▮▮▮▮▮▮▮▮▮▮> wrote:
> Hello, I'm following up to check on status of the refund, can you t ell me where I am in the refund queue?  As well,  when you send refund, there needs to be a document for you to take over my payments with table rock.  Thank you!
>
> EPIQUE
> R E A L T Y
> Lauren Cotner | ▮▮▮▮▮▮▮▮▮
> THE COTNER CREW
> ▮▮▮▮▮▮
>
> SEARCH FOR YOUR DREAM HOME HERE  | CURIOUS ABOUT EPIQUE
>
> > On Wed, Jul 17, 2024 at 7:03 PM Air.ai Concierge <concierge@air.ai> wrote:
> > Hello,
> >
> > This is a refund confirmation letting you know that you have been approved. Your access to Scale13 will stay available until it is your place in the refund queue.
> >
> > We have changed payment processors and may need to ACH those funds back to you, based on how you paid. If so, once the refund is ready to be processed, you will receive a separate email from GUSTO which will process that reimbursement.
> >
> > Thank you for being a member, we hope to welcome you back again in the future and we hope you'll recommend Air to your professional network that is ready to scale!
> >
> > Take care,
> >
> >
> > Always at your service :)
> >
> > Concierge @ Air.ai | 🖼️1.png

---

How would you describe the experience with concierge today?

Extremely satisfied                    Neither satisfied nor dissatisfied                    Extremely dissatisfied

---

**Lauren Cotner** ▮▮▮▮▮▮▮▮▮▮>                                          Mon, Jul 29, 2024 at 2:36 PM
To: "Air.ai Concierge" <concierge@air.ai>

I understand what you are saying, although I checked online and it is very clear you have promised others a refund over  6 months ago, many are getting attorney's to handle it,  Honestly I don't think lawsuits would bode well for investors.  So, I would appreciate getting you getting on this sooner than later.    It seems like it's just lip service trying to bide some time.   Time is running out according to what i see online.

Anyway, in the meantime part of the refund would taking over my payments for the balance due.  I have attached a billing statement and A letter to be signed that transfers responsibility to you at air.ai.

i also need a copy of my special financing contract, ,they did not attach it when i signed it.  Not cool.
thanks

EPIQUE
R E A L T Y
Lauren Cotner | ▮▮▮▮▮▮▮
THE COTNER CREW

SEARCH FOR YOUR DREAM HOME HERE  | CURIOUS ABOUT EPIQUE

[Quoted text hidden]

---

**Air.ai Concierge** <concierge@air.ai>                                     Mon, Jul 29, 2024 at 8:37 PM
Reply-To: "Air.ai Concierge" <concierge@air.ai>
To: ▮▮▮▮▮▮▮▮▮

Hey Lauren,

Attached is your Scale 13 Sales Agreement.

Always at your service :)

Mark Anthony Visitacion | Concierge @ Air.ai | 🖼️1.png
[Quoted text hidden]
[Quoted text hidden]

**Attachment H**                                                    **FTC-000041**
**Declaration of Lauren Cotner**

📄 **Scale13 SALES AGREEMENT 15K Triple Investment.pdf**
261K

---

**Lauren Cotner** <████████████████████>                                    Mon, Jul 29, 2024 at 9:09 PM
To: "Air.ai Concierge" <concierge@air.ai>

i have this, I need the one for Special Financing. I noticed it says completed signing but never got a copy. I need it asap. thanks~

EPIQUE
R E A L T Y
Lauren Cotner | ████████████████
THE COTNER CREW
████████████

SEARCH FOR YOUR DREAM HOME HERE  | CURIOUS ABOUT EPIQUE

[Quoted text hidden]

---

**Air.ai Concierge** <concierge@air.ai>                                    Tue, Jul 30, 2024 at 12:30 PM
Reply-To: "Air.ai Concierge" <concierge@air.ai>
To: ████████████████

Hey Lauren,

We currently don't have agreements for Special Financing to be sent to you. I kindly ask to reach out to SpecialFi for that document you seek.

Always at your service :)

M. E. | Scale13 @ Air.ai | 1.png



[Quoted text hidden]
, Lauren Cotner <████████████████████> wrote:
[Quoted text hidden]

[Quoted text hidden]
[Quoted text hidden]

[Quoted text hidden]
, Lauren Cotner <████████████████████> wrote:
[Quoted text hidden]

[Quoted text hidden]
[Quoted text hidden]

How would you describe the experience with concierge today?

Extremely satisfied          Neither satisfied nor dissatisfied          Extremely dissatisfied

How would you describe the experience with concierge today?

Extremely satisfied                Neither satisfied nor dissatisfied                Extremely dissatisfied

[Quoted text hidden]

 Gmail

Lauren Cotner ‹                                    ›

**refund for my scale 13 purchase.**
19 messages

**Lauren Cotner** ‹                                    ›                                                      Tue, Jul 30, 2024 at 12:36 PM
To: caleb.maddix@air.ai, ryan@air.ai, austindriscoll@air.ai, zackjenkins@air.ai

Dear Mr. Maddix and Mr. O'Donnell Mr. Driscoll, Mr Jenkins,

Subject: Immediate Refund and Transfer of Financial Responsibility

I am writing to formally request the immediate fulfillment of the approved refund and the transfer of my financial responsibility for the remainder of the bill from Table Rock Investments, LLC. The total cost of the services was $15,000, which included an initial down payment, followed by monthly payments of approximately $477. The remaining balance was financed through Special Financing, which subsequently sold the loan to Table Rock Investments, LLC.

I would like to highlight several critical issues with the handling of my contract:

1. **Approved Refund**: I have already been approved for a refund as communicated via email on July 17, 2024. However, the refund has not yet been processed. Given Air.ai's substantial monthly revenue, it is unfair and unreasonable to delay this refund any further.

2. **Missing Signature Details**: The contract from Special Financing was signed without a printed name accompanying the signature, raising questions about its validity and transparency. The lack of a clear signatory makes it impossible to address any concerns or disputes directly with the responsible party.

3. **Unethical Signing Process**: On July 20, 2023, I was rushed through the signing process. The representative stayed on the phone with me and pressured me to sign the agreement without providing a prior opportunity to review it thoroughly. This unethical practice invalidates the fairness and integrity of the contract.

4. **One-Sided Agreement**: The Air AI Sales Agreement is heavily one-sided and lacks the mutual consent typically required for such contracts. Moreover, I never received a fully executed contract signed by both parties. This lack of reciprocity raises further doubts about the enforceability of the agreement.

Given these points, I *am requesting the following actions: By August 5, 2024*

1. **Immediate Refund**: Process the refund for all payments made to date, including the initial down payment and all monthly payments.
2. **Itemized Payment Breakdown**: Provide a detailed and itemized breakdown of all payments made, including dates and amounts.
3. **Debt Transfer**: Approve the transfer of my remaining debt to Air.ai and ensure that I am no longer held liable for any payments or any liability at all.
4. **Credit Reporting**: Remove any adverse credit reporting that may have been submitted in relation to this debt transfer.
5. **Phone Call Recording**: Provide a recording of the phone call on July 20, 2023, to confirm the unethical signing process.

I have attached the current bill from Table Rock Investments, LLC, the original sales agreement with Special Financing, and the contract from Special Financing for your reference. These documents clearly outline the terms and conditions under which the financing was initially agreed upon and highlight the issues with the unauthorized transfer of the loan.

I expect these issues to be resolved promptly. Please confirm receipt of this letter and provide a timeline for the completion of the above actions. Failure to address this matter in a timely manner will result in further legal action to protect my financial interests.

Thank you for your immediate attention to this urgent matter. I look forward to your prompt response.

Sincerely,

Lauren Cotner

3 attachments

 **Scale13 SALES AGREEMENT 15K Triple Investment.pdf**
249K

**Contract frn soecuak financing.pdf**
1386K

**TABLE ROCK INVESTMENTS, LLC.pdf**
313K

**Mail Delivery Subsystem** ‹mailer-daemon@googlemail.com›                                                 Tue, Jul 30, 2024 at 12:37 PM
To:

**Message blocked**

Your message to **d@air.ai** has been blocked. See technical details below for more information.

The response was:

Message bounced due to organizational settings.

Final-Recipient: rfc822; d@air.ai
Action: failed
Status: 4.4.2
Diagnostic-Code: smtp; Message bounced due to organizational settings.
Last-Attempt-Date: Tue, 30 Jul 2024 12:37:39 -0700 (PDT)


---------- Forwarded message ----------
From: Lauren Cotner <███████████████>
To: caleb.maddix@air.ai, ryan@air.ai, austindriscoll@air.ai, zackjenkins@air.ai
Cc:
Bcc:
Date: Tue, 30 Jul 2024 12:36:53 -0700
Subject: refund for my scale 13 purchase.
----- Message truncated -----

**Mail Delivery Subsystem** <mailer-daemon@googlemail.com>                                    Tue, Jul 30, 2024 at 12:37 PM
To: ███████████████

[Quoted text hidden]

Final-Recipient: rfc822; d@air.ai
Action: failed
Status: 4.4.2
Diagnostic-Code: smtp; Message bounced due to organizational settings.
Last-Attempt-Date: Tue, 30 Jul 2024 12:37:40 -0700 (PDT)


---------- Forwarded message ----------
From: Lauren Cotner ███████████████
To: caleb.maddix@air.ai, ryan@air.ai, austindriscoll@air.ai, zackjenkins@air.ai
Cc:
Bcc:
Date: Tue, 30 Jul 2024 12:36:53 -0700
Subject: refund for my scale 13 purchase.
----- Message truncated -----

**Mail Delivery Subsystem** <mailer-daemon@googlemail.com>                                    Tue, Jul 30, 2024 at 12:37 PM
To: ███████████████

[Quoted text hidden]

Final-Recipient: rfc822; d@air.ai
Action: failed
Status: 4.4.2
Diagnostic-Code: smtp; Message bounced due to organizational settings.
Last-Attempt-Date: Tue, 30 Jul 2024 12:37:42 -0700 (PDT)


---------- Forwarded message ----------
From: Lauren Cotner ███████████████
To: caleb.maddix@air.ai, ryan@air.ai, austindriscoll@air.ai, zackjenkins@air.ai
Cc:
Bcc:
Date: Tue, 30 Jul 2024 12:36:53 -0700
Subject: refund for my scale 13 purchase.
----- Message truncated -----

**Lauren Cotner** ███████████████                                                            Tue, Jul 30, 2024 at 12:42 PM
To: tonyrios@air.ai, austinhiggins@airscaling.com, logan@air.ai, dominicmann@scale13.ai, thomas@air.ai

I'm sending this to everyone .... Please process accordingly.
[Quoted text hidden]

---

**3 attachments**

📄 **Scale13 SALES AGREEMENT 15K Triple Investment.pdf**
   249K

📄 **Contract frn soecuak financing.pdf**
   1386K

📄 **TABLE ROCK INVESTMENTS, LLC.pdf**
   313K

**Mail Delivery Subsystem** <mailer-daemon@googlemail.com>                                    Tue, Jul 30, 2024 at 12:43 PM
To: ███████████████

[Quoted text hidden]

Final-Recipient: rfc822; d@air.ai
Action: failed

Status: 4.4.2
Diagnostic-Code: smtp; Message bounced due to organizational settings.
Last-Attempt-Date: Tue, 30 Jul 2024 12:43:27 -0700 (PDT)


---------- Forwarded message ----------
From: Lauren Cotner <█████████████████>
To: tonyrios@air.ai, austinhiggins@airscaling.com, logan@air.ai, dominicmann@scale13.ai, thomas@air.ai
Cc:
Bcc:
Date: Tue, 30 Jul 2024 12:42:42 -0700
Subject: Fwd: refund for my scale 13 purchase.
----- Message truncated -----

---

**Mail Delivery Subsystem** <mailer-daemon@googlemail.com>                                      Tue, Jul 30, 2024 at 12:43 PM
To: █████████

[Quoted text hidden]

Final Recipient: rfc822; d@air.ai
Action: failed
Status: 4.4.2
Diagnostic-Code: smtp; Message bounced due to organizational settings.
Last Attempt Date: Tue, 30 Jul 2024 12:43:28 0700 (PDT)


---------- Forwarded message ----------
From: Lauren Cotner █████████████████
To: tonyrios@air.ai, austinhiggins@airscaling.com, logan@air.ai, dominicmann@scale13.ai, thomas@air.ai
Cc:
Bcc:
Date: Tue, 30 Jul 2024 12:42:42 0700
Subject: Fwd: refund for my scale 13 purchase.
----- Message truncated -----

---

**Lauren Cotner** <█████████████████>                                                          Tue, Jul 30, 2024 at 12:44 PM
To: Scale13ghl@air.ai


---------- Forwarded message ----------
From: **Lauren Cotner** <█████████████████>
Date: Tue, Jul 30, 2024 at 12:36 PM
Subject: refund for my scale 13 purchase.
To: <caleb.maddix@air.ai>, <ryan@air.ai>, <austindriscoll@air.ai>, <zackjenkins@air.ai>

[Quoted text hidden]

**3 attachments**

📄 **Scale13 SALES AGREEMENT 15K Triple Investment.pdf**
    249K
📄 **Contract frn soecuak financing.pdf**
    1386K
📄 **TABLE ROCK INVESTMENTS, LLC.pdf**
    313K

---

**Lauren Cotner** █████████████████>                                                           Sat, Nov 16, 2024 at 2:10 PM
To: legal@air.ai

I was promised a refund in july of this year, and I have heard nothing. I am requesting it again and again, and the owners have gone silent. I expect an answer, not to be ignored. YOu guys stole thousands of dollars from us, knowing that the system was all a scam, scale 13 as just a means to make money for Air.ai, never intending on working.

NOW!~

# Lauren Cotner

████████████████████


---------- Forwarded message ----------
From: **Lauren Cotner** <█████████████████>
Date: Tue, Jul 30, 2024 at 12:36 PM
Subject: refund for my scale 13 purchase.
To: <caleb.maddix@air.ai>, <ryan@air.ai>, <austindriscoll@air.ai>, <zackjenkins@air.ai>

[Quoted text hidden]

**3 attachments**

**Attachment I**
**Declaration of Lauren Cotner**                                                     **FTC-000045**

**Scale13 SALES AGREEMENT 15K Triple Investment.pdf**
249K

**Contract frn soecuak financing.pdf**
1386K

**TABLE ROCK INVESTMENTS, LLC.pdf**
313K

---

**Lauren Cotner** ▇▇▇▇▇▇▇▇▇▇ >                                                                Sat, Nov 16, 2024 at 4:21 PM
To: caleb.maddix@air.ai, ryan@air.ai, austindriscoll@air.ai, zackjenkins@air.ai, austinhiggins@airscaling.com

HELLO!!:: Is anyone there.. Not cool ignoring me

# Lauren Cotner

▇▇▇▇▇▇▇▇▇▇▇▇▇▇

[Quoted text hidden]

---

**Mail Delivery Subsystem** <mailer-daemon@googlemail.com>                              Sat, Nov 16, 2024 at 4:21 PM
To: ▇▇▇▇▇▇▇▇▇▇

**Address not found**

Your message wasn't delivered to **austindriscoll@air.ai**
because the address couldn't be found, or is unable to receive
mail.

LEARN MORE

The response was:

550 5.1.1 The email account that you tried to reach does not exist. Please try double-checking the recipient's email address for typos or
unnecessary spaces. For more information, go to https://support.google.com/mail/?p=NoSuchUser 00721157ae682-6ee71341f70sor15625197b3.11 - gsmtp

Final-Recipient: rfc822; austindriscoll@air.ai
Action: failed
Status  5 1 1
Diagnostic-Code: smtp; 550-5.1.1 The email account that you tried to reach does not exist. Please try
550-5.1.1 double-checking the recipient's email address for typos or
550-5.1.1 unnecessary spaces. For more information, go to
550 5 1 1  https //support google com/mail/?p  NoSuchUser 00721157ae682 6ee71341f70sor15625197b3 11   gsmtp
Last-Attempt-Date: Sat, 16 Nov 2024 16:21:57 -0800 (PST)

        Forwarded message
From: Lauren Cotner ▇▇▇▇▇▇▇▇▇▇ >
To: caleb.maddix@air.ai, ryan@air.ai, austindriscoll@air.ai, zackjenkins@air.ai, austinhiggins@airscaling.com
Cc:
Bcc:
Date: Sat, 16 Nov 2024 16:21:21 -0800
Subject: Re: refund for my scale 13 purchase.
----- Message truncated -----

---

**Mail Delivery Subsystem** <mailer-daemon@googlemail.com>                              Sat, Nov 16, 2024 at 4:21 PM
To: ▇▇▇▇▇▇▇▇▇▇

**Address not found**

Your message wasn't delivered to **zackjenkins@air.ai** because
the address couldn't be found, or is unable to receive mail.

LEARN MORE

The response was:

550 5.1.1 The email account that you tried to reach does not exist. Please try double-checking the recipient's email address for typos or unnecessary spaces. For more information, go to https://support.google.com/mail/?p=NoSuchUser 00721157ae682-6ee712d735bsor15202277b3.10 - gsmtp

Final-Recipient: rfc822; zackjenkins@air.ai
Action: failed
Status: 5.1.1
Diagnostic-Code: smtp; 550-5.1.1 The email account that you tried to reach does not exist. Please try
550-5.1.1 double-checking the recipient's email address for typos or
550-5.1.1 unnecessary spaces. For more information, go to
550 5.1.1 https://support.google.com/mail/?p=NoSuchUser 00721157ae682-6ee712d735bsor15202277b3.10 - gsmtp
Last-Attempt-Date: Sat, 16 Nov 2024 16:21:57 -0800 (PST)

---------- Forwarded message ----------
From: Lauren Cotner <▇▇▇▇▇▇▇▇▇▇▇▇>
To: caleb.maddix@air.ai, ryan@air.ai, austindriscoll@air.ai, zackjenkins@air.ai, austinhiggins@airscaling.com
Cc:
Bcc:
Date: Sat, 16 Nov 2024 16:21:21 -0800
Subject: Re: refund for my scale 13 purchase.
----- Message truncated -----

**Mail Delivery Subsystem** <mailer-daemon@googlemail.com>                                Sat, Nov 16, 2024 at 4:21 PM
To ▇▇▇▇▇▇▇▇▇▇▇▇



### Address not found

Your message wasn't delivered to **caleb.maddix@air.ai** because the address couldn't be found, or is unable to receive mail.

LEARN MORE

The response was:

550 5.1.1 The email account that you tried to reach does not exist. Please try double-checking the recipient's email address for typos or unnecessary spaces. For more information, go to https://support.google.com/mail/?p=NoSuchUser 00721157ae682-6ee7137c9b3sor12885327b3.16 - gsmtp

Final-Recipient: rfc822; caleb.maddix@air.ai
Action: failed
Status: 5.1.1
Diagnostic-Code: smtp; 550-5.1.1 The email account that you tried to reach does not exist. Please try
550-5.1.1 double-checking the recipient's email address for typos or
550-5.1.1 unnecessary spaces. For more information, go to
550 5.1.1 https://support.google.com/mail/?p=NoSuchUser 00721157ae682-6ee7137c9b3sor12885327b3.16 - gsmtp
Last-Attempt-Date: Sat, 16 Nov 2024 16:21:58 -0800 (PST)

---------- Forwarded message ----------
From: Lauren Cotner ▇▇▇▇▇▇▇▇▇▇▇▇>
To: caleb.maddix@air.ai, ryan@air.ai, austindriscoll@air.ai, zackjenkins@air.ai, austinhiggins@airscaling.com
Cc:
Bcc:
Date: Sat, 16 Nov 2024 16:21:21 -0800
Subject: Re: refund for my scale 13 purchase.
----- Message truncated -----

**Mail Delivery Subsystem** <mailer-daemon@googlemail.com>                                Sat, Nov 16, 2024 at 4:21 PM
To: lauren@laurencotner.com

### Address not found



Your message wasn't delivered to
**austinhiggins@airscaling.com** because the address couldn't
be found, or is unable to receive mail

LEARN MORE

The response was:

550 5.1.1 The email account that you tried to reach does not exist. Please try double-checking the recipient's email address for typos or
unnecessary spaces. For more information, go to https://support.google.com/mail/?p=NoSuchUser 3f1490d57ef6-e387e75c041sor798789276.9 - gsmtp

Final-Recipient: rfc822; austinhiggins@airscaling.com
Action: failed
Status: 5.1.1
Diagnostic-Code: smtp; 550-5.1.1 The email account that you tried to reach does not exist. Please try
 550-5.1.1 double-checking the recipient's email address for typos or
 550-5.1.1 unnecessary spaces. For more information, go to
 550 5.1.1 https://support.google.com/mail/?p=NoSuchUser 3f1490d57ef6-e387e75c041sor798789276.9 - gsmtp
Last-Attempt-Date: Sat, 16 Nov 2024 16:21:57 -0800 (PST)

---------- Forwarded message ----------
From: Lauren Cotner <███████████>
To: caleb.maddix@air.ai, ryan@air.ai, austindriscoll@air.ai, zackjenkins@air.ai, austinhiggins@airscaling.com
Cc:
Bcc:
Date: Sat, 16 Nov 2024 16:21:21 -0800
Subject: Re: refund for my scale 13 purchase.
----- Message truncated -----

---

**Mail Delivery Subsystem** <mailer-daemon@googlemail.com>                                    Sat, Nov 16, 2024 at 4:21 PM
To: ███████████



## Address not found

Your message wasn't delivered to **ryan@air.ai** because the
address couldn't be found, or is unable to receive mail.

LEARN MORE

The response was:

550 5.1.1 The email account that you tried to reach does not exist. Please try double-checking the recipient's email address for typos or
unnecessary spaces. For more information, go to https //support google com/mail/?p NoSuchUser 00721157ae682 6ee71279101sor15338407b3.1   gsmtp

Final-Recipient: rfc822; ryan@air.ai
Action: failed
Status: 5.1.1
Diagnostic-Code: smtp; 550-5.1.1 The email account that you tried to reach does not exist. Please try
 550-5.1.1 double-checking the recipient's email address for typos or
 550-5.1.1 unnecessary spaces. For more information, go to
 550 5.1.1 https://support.google.com/mail/?p=NoSuchUser 00721157ae682-6ee71279101sor15338407b3.1 - gsmtp
Last-Attempt-Date: Sat, 16 Nov 2024 16:21:57 -0800 (PST)

---------- Forwarded message ----------
From: Lauren Cotner <███████████>
To: caleb.maddix@air.ai, ryan@air.ai, austindriscoll@air.ai, zackjenkins@air.ai, austinhiggins@airscaling.com
Cc:
Bcc:
Date: Sat, 16 Nov 2024 16:21:21 -0800
Subject: Re: refund for my scale 13 purchase.
----- Message truncated -----

---

Lauren Cotner ███████████                                ██████ 24 at 4:28 PM

To: "Air.ai Concierge" <concierge@air.ai>, "d@air.ai" <d@air.ai>, "c@air.ai" <c@air.ai>

# Lauren Cotner

---

---------- Forwarded message ----------
From: **Lauren Cotner** <
Date: Tue, Jul 30, 2024 at 12:36 PM
Subject: refund for my scale 13 purchase.
To: <caleb.maddix@air.ai>, <ryan@air.ai>, <austindriscoll@air.ai>, <zackjenkins@air.ai>

[Quoted text hidden]

---

**3 attachments**

**Scale13 SALES AGREEMENT 15K Triple Investment.pdf**
249K

**Contract frn soecuak financing.pdf**
1386K

**TABLE ROCK INVESTMENTS, LLC.pdf**
313K

---

**Mail Delivery Subsystem** <mailer-daemon@googlemail.com>                                              Sat, Nov 16, 2024 at 4:29 PM
To:

 ### Address not found

Your message wasn't delivered to **concierge@air.ai** because
the address couldn't be found, or is unable to receive mail.

**LEARN MORE**

The response was:

```
550 5.1.1 The email account that you tried to reach does not exist. Please try double-checking the recipient's email address for typos or
unnecessary spaces. For more information, go to https://support.google.com/mail/?p=NoSuchUser 3f1490d57ef6-e3839ce79e2sor1075869276.10 - gsmtp
```

Final-Recipient: rfc822; concierge@air.ai
Action: failed
Status: 5.1.1
Diagnostic-Code: smtp; 550-5.1.1 The email account that you tried to reach does not exist. Please try
550-5.1.1 double-checking the recipient's email address for typos or
550-5.1.1 unnecessary spaces. For more information, go to
550 5.1.1 https://support.google.com/mail/?p=NoSuchUser 3f1490d57ef6-e3839ce79e2sor1075869276.10 - gsmtp
Last-Attempt-Date: Sat, 16 Nov 2024 16:29:11 -0800 (PST)

---------- Forwarded message ----------
From: Lauren Cotner <
To: "Air.ai Concierge" <concierge@air.ai>, "d@air.ai" <d@air.ai>, "c@air.ai" <c@air.ai>
Cc:
Bcc:
Date: Sat, 16 Nov 2024 16:28:34 -0800
Subject: Fwd: refund for my scale 13 purchase.
------ Message truncated ------

---

**Lauren Cotner** <                                              >                                              Sat, Nov 16, 2024 at 5:13 PM
To: ryan@scale13.io, legal@air.ai

please respond and get this to the proper channels

# Lauren Cotner



---------- Forwarded message ----------
From: **Lauren Cotner** <██████████>
Date: Tue, Jul 30, 2024 at 12:36 PM
Subject: refund for my scale 13 purchase.
To: <caleb.maddix@air.ai>, <ryan@air.ai>, <austindriscoll@air.ai>, <zackjenkins@air.ai>

[Quoted text hidden]

---

**3 attachments**

📄 **Scale13 SALES AGREEMENT 15K Triple Investment.pdf**
249K

📄 **Contract frn soecuak financing.pdf**
1386K

📄 **TABLE ROCK INVESTMENTS, LLC.pdf**
313K

---

**Mail Delivery Subsystem** <mailer-daemon@googlemail.com>                                    Sat, Nov 16, 2024 at 5:14 PM
To: ██████████



### Address not found

Your message wasn't delivered to **ryan@scale13.io** because
the address couldn't be found, or is unable to receive mail.

LEARN MORE

---

The response was:

550 5.1.1 The email account that you tried to reach does not exist. Please try double-checking the recipient's email address for typos or
unnecessary spaces. For more information, go to https://support.google.com/mail/?p=NoSuchUser 3f1490d57ef6-e387e7184a8sor901713276.3 - gsmtp

Final-Recipient: rfc822; ryan@scale13.io
Action: failed
Status: 5.1.1
Diagnostic-Code: smtp; 550-5.1.1 The email account that you tried to reach does not exist. Please try
550-5.1.1 double-checking the recipient's email address for typos or
550-5.1.1 unnecessary spaces. For more information, go to
550 5.1.1 https://support.google.com/mail/?p=NoSuchUser 3f1490d57ef6-e387e7184a8sor901713276.3 - gsmtp
Last-Attempt-Date: Sat, 16 Nov 2024 17:14:01 -0800 (PST)

---------- Forwarded message ----------
From: Lauren Cotner <██████████>
To: ryan@scale13.io, legal@air.ai
Cc:
Bcc:
Date: Sat, 16 Nov 2024 17:13:23 -0800
Subject: Fwd: refund for my scale 13 purchase.
----- Message truncated -----

 Gmail

Lauren Cotner ▮▮▮▮▮▮▮▮▮▮

**No account found**
1 message

**Slack** <no-reply@slack.com>
Reply-To: no-reply@slack.com
To: ▮▮▮▮▮▮▮▮▮▮

Tue, Sep 17, 2024 at 3:28 PM

 slack

## Is this the right email?

It looks like there isn't an account on Cotner Real Estate LLC tied to this email address.

You can always try again with a different email, or find workspaces associated with this email.

 TRY A DIFFERENT EMAIL

 slack  𝕏 ● in ▶ ◉ ♪

Our Blog | Policies | Help Center | Slack Community

©2024 Slack Technologies, LLC, a Salesforce company.
415 Mission Street, 3rd Floor, San Francisco, CA 94105

All rights reserved.



**refund update**
1 message

**Lauren Cotner** <concierge@air.ai>                                                    Wed, Oct 16, 2024 at 11:25 AM
To: "Air.ai Concierge" <concierge@air.ai>

Hellow I was told on july 15, 2024 you promised me i was approved for a refund. I have not heard from anyone, can you please send me an email back that says i am approved for a refund, and and approx when I should receive it. Also, I need it in writing so I can talk to special financing about it.

lauren cotner