Rebecca Plett (VA Bar No. 90988, NC Bar No. 63273)
Lauren Rivard (NY Reg. No. 5308192)
Federal Trade Commission
600 Pennsylvania Ave., NW, Mailstop CC-6316
Washington, DC 20580
(202) 326-3664 / rplett@ftc.gov
(202) 326-2450 / lrivard@ftc.gov

Attorneys for Plaintiff
Federal Trade Commission

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Federal Trade Commission,<br><br>Plaintiff,<br><br>v.<br><br>Air Ai Technologies, Inc., et al.,<br><br>Defendants. | No. 2:25-cv-03068-SMB<br><br>UNOPPOSED MOTION TO ENTER INTO STIPULATED ORDER FOR PERMANENT INJUNCTION, MONETARY JUDGMENT, AND OTHER RELIEF |

Plaintiff, the Federal Trade Commission ("Commission"), pursuant to the Court's February 10, 2026 Order (Dkt no. 42), respectfully submits for the Court's review and entry the proposed Stipulated Order for Permanent Injunction, Monetary Relief, and Other Relief ("Stipulated Order") submitted as an attachment hereto which resolves all matters in dispute in this action. Counsel for all Defendants has authorized Plaintiff to state that they consent to Plaintiff's filing of this motion. In support of this motion, Plaintiff states as follows:

1. On February 5, 2026, Plaintiff and Defendants filed a Joint Motion to Stay Proceedings to Consider Settlement Agreement ("Joint Motion"), informing the Court that Defendants had signed a proposed settlement in the form of a stipulated

1

order that FTC staff was prepared to recommend to the Commission for approval (Dkt no. 41).

2. The Joint Motion described that, pursuant to 16 C.F.R. § 4.14(c), certain FTC actions, including agreeing to settle litigated matters, may only be taken by the affirmative concurrence of a majority of participating Commissioners.

3. On February 10, 2026, the Court entered an order continuing all deadlines and directing the parties to promptly file the proposed settlement agreement with the Court upon approval by the Commission (Dkt no. 42).

4. The Federal Trade Commission has now approved the proposed settlement. Plaintiff respectfully requests that the Court enter the Stipulated Order submitted as an attachment to this motion, and which has been signed by Commission counsel, Defendants, and counsel for all Defendants.

FOR PLAINTIFF FEDERAL TRADE COMMISSION:

Dated: March 24, 2026

/s/ Rebecca Plett

Rebecca Plett (VA Bar No. 90988, NC Bar No. 63273)
Lauren Rivard (NY Reg. No. 5308192)
Federal Trade Commission
600 Pennsylvania Ave., NW,
Mailstop CC-6316
Washington, DC 20580
Plett: (202) 326-3664 / rplett@ftc.gov
Rivard: (202) 326-2450 / lrivard@ftc.gov

Attorneys for Plaintiff
Federal Trade Commission